# United States Bankruptcy Court
## District of Kansas

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lindemuth, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**48-1204269** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**125 SW Gage Blvd**<br>**Topeka, KS**<br>ZIP Code **66606** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Shawnee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lindemuth, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lindemuth, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Jeffrey A. Deines**
Signature of Attorney for Debtor(s)

**Jeffrey A. Deines 20249**
Printed Name of Attorney for Debtor(s)

**Lentz Clark Deines PA**
Firm Name

**9260 Glenwood**
**Overland Park, KS 66212**
Address

**913-648-0600  Fax: 913-648-0664**
Telephone Number

**November  9, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Kent Lindemuth**
Signature of Authorized Individual

**Kent Lindemuth**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November  9, 2012**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Kansas

In re   **Lindemuth, Inc.**            Case No.
                                       Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Accord Creditor Services**<br>**PO Box 10002**<br>**Newman, GA 30271** | **Accord Creditor Services**<br>**PO Box 10002**<br>**Newman, GA 30271** | | | **Unknown** |
| **Alliance Bank**<br>**3001 SW Wanamaker Rd.**<br>**Topeka, KS 66614** | **Alliance Bank**<br>**3001 SW Wanamaker Rd.**<br>**Topeka, KS 66614** | **1213 SE California (loan 9840)** | | **0.00**<br><br>**(Unknown secured)** |
| **Alliance Bank**<br>**3001 SW Wanamaker Rd.**<br>**Topeka, KS 66614** | **Alliance Bank**<br>**3001 SW Wanamaker Rd.**<br>**Topeka, KS 66614** | **2746 SW Fairlawn** | | **143,203.53**<br><br>**(Unknown secured)** |
| **Alliance Bank**<br>**3001 SW Wanamaker Rd.**<br>**Topeka, KS 66614** | **Alliance Bank**<br>**3001 SW Wanamaker Rd.**<br>**Topeka, KS 66614** | **2800 SW Fairlawn** | | **121,724.26**<br><br>**(Unknown secured)** |
| **Alliance Bank**<br>**3001 SW Wanamaker Rd.**<br>**Topeka, KS 66614** | **Alliance Bank**<br>**3001 SW Wanamaker Rd.**<br>**Topeka, KS 66614** | **420 SW 33rd (loan 9840)** | | **0.00**<br><br>**(Unknown secured)** |
| **Alliance Bank**<br>**3001 SW Wanamaker Rd.**<br>**Topeka, KS 66614** | **Alliance Bank**<br>**3001 SW Wanamaker Rd.**<br>**Topeka, KS 66614** | **823, 829, 841 N. Kansas (loan 9840)** | | **0.00**<br><br>**(Unknown secured)** |
| **Ann & Michael Long Trusts**<br>**109 SW Roosevelt Ave**<br>**Topeka, KS 66606** | **Ann & Michael Long Trusts**<br>**109 SW Roosevelt Ave**<br>**Topeka, KS 66606** | | | **128,000.00** |
| **Central National Bank**<br>**800 SE Quincy**<br>**Topeka, KS 66612** | **Central National Bank**<br>**800 SE Quincy**<br>**Topeka, KS 66612** | **2251 SW 10th** | | **23,047.88**<br><br>**(Unknown secured)** |
| **Central National Bank**<br>**800 SE Quincy**<br>**Topeka, KS 66612** | **Central National Bank**<br>**800 SE Quincy**<br>**Topeka, KS 66612** | **905/907 SW 37th** | | **140,925.89**<br><br>**(Unknown secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Lindemuth, Inc.**                                                                 Case No. _____

                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| City of Topeka Utility Accounts P.O. Box 3566 Topeka, KS 66601 | City of Topeka Utility Accounts P.O. Box 3566 Topeka, KS 66601 | | | Unknown |
| Coopers, Inc. 401 SW 32nd Terr Topeka, KS 66611 | Coopers, Inc. 401 SW 32nd Terr Topeka, KS 66611 | | | Unknown |
| CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | 3740 SE South Park Ave (loan 2121) | | 0.00 (Unknown secured) |
| CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | 1005 SW 6th (loan 5549) | | 39,741.67 (Unknown secured) |
| CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | 1009 SW 6th Ave (loan 8637) | | 69,875.16 (Unknown secured) |
| CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | 1020 NW Topeka Blvd (loan 8637) | | 83,850.19 (Unknown secured) |
| CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | 115 E Young St. Warrensburg, MO (loan 5549) | | 93,144.53 (Unknown secured) |
| CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | 125 SW Gage Blvd (loan 8637) | | 79,937.19 (Unknown secured) |
| CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | CoreFirst Bank & Trust 3035 S. Topeka Blvd. Topeka, KS 66611 | 1319 SW Huntoon St (loan 8637) | | 29,068.07 (Unknown secured) |
| Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346 | Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346 | | | 278,806.00 |
| Kansas Department of Revenue Civil Tax Enforcement PO Box 12005 915 SW Harrison Topeka, KS 66612-2005 | Kansas Department of Revenue Civil Tax Enforcement PO Box 12005 Topeka, KS 66612-2005 | | | 76,637.77 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Lindemuth, Inc.**                                                                 Case No.
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 9, 2012**                    Signature  **/s/ Kent Lindemuth**
                                                         **Kent Lindemuth**
                                                         **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Accord Creditor Services
PO Box 10002
Newman GA 30271

Alliance Bank
3001 SW Wanamaker Rd.
Topeka KS 66614

Ann & Michael Long Trusts
109 SW Roosevelt Ave
Topeka KS 66606

Central National Bank
800 SE Quincy
Topeka KS 66612

City of Topeka Utility Accounts
P.O. Box 3566
Topeka KS 66601

Coopers, Inc.
401 SW 32nd Terr
Topeka KS 66611

CoreFirst Bank & Trust
3035 S. Topeka Blvd.
Topeka KS 66611

D Hoover Construction Co.
2700 SE 45th
Topeka KS 66609

Denison State Bank
74th St. & Hwy K-4
Meriden KS 66512

Douglas County Treasurer
1100 Massachusetts St. 1st level
Lawrence KS 66044

Emprise Bank
1121 Wakarusa Dr.
Lawrence KS 66049

First National Bank & Trust Co.
702 N. Washington St.
Junction City KS 66441


Geary County Treasurer
200 E. 8th
Junction City KS 66441


Green Western, LLC
1415 SW Topeka Blvd.
Topeka KS 66612


H. Kent Hollins Law Office
PO Box 4586
Topeka KS 66604


Heritage Bank
3024 SW Wanamaker Rd.
Topeka KS 66614


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia PA 19101-7346


Jayhawk Fire Sprinkler Co, Inc.
110 NE Gordon
Topeka KS 66608


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
915 SW Harrison
Topeka KS 66612-2005


Kansas Secured Title
901 NE River Road Ste. 200
Topeka KS 66616


Kaw Valley Bank
1110 N. Kansas Ave.
Topeka KS 66608

KS Commercial Real Estate Services, Inc.
4125 SW Gage Center Dr. Ste. 200
Topeka KS 66607


L & LD Construction
903 NE 46th St.
Topeka KS 66617


Landmark National Bank
6010 SW 6th Ave.
Topeka KS 66615


Lesser Electric, Inc.
315 NW Laurent
Topeka KS 66608


Lyon County Treasurer
430 Commercial St.
Emporia KS 66801


Mark's Overhead Door Service
7321 NW 39th St.
Silver Lake KS 66539


Met-Con Products, Inc.
4110 SW Topeka Ave.
Topeka KS 66609


Mundy & Sons Roofing
2500 SE Faxon
Topeka KS 66605


Samco, Inc.
3840 NW 14th Ste. C
Topeka KS 66618


Shawnee County Treasurer
200 SE 7th Room 101
Topeka KS 66603


StanCorp Mortgage Investors, LLC
19225 NW Tanasbourne Dr. 3rd Floor
Hillsboro OR 97124

Stevens & Brand L.L.P.
515 South Kansas Ave.
Suite 200
Topeka KS 66603


Swinnen & Associates
921 SW Topeka Blvd.
Topeka KS 66612


The Cincinnati Insurance Company
PO Box 145620
Cincinnati OH 45250-5620


Topeka Escrow Service
1415 SW Topeka Blvd.
Topeka KS 66612


UMB Bank
2100 SE 29th St.
Topeka KS 66605


Vision Bank
3031 SW Wanamaker
Topeka KS 66614

# United States Bankruptcy Court
## District of Kansas

In re  **Lindemuth, Inc.**  
                                Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Lindemuth, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 9, 2012** | **/s/ Jeffrey A. Deines** |
| Date | **Jeffrey A. Deines** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Lindemuth, Inc.** |
| | **Lentz Clark Deines PA** |
| | **9260 Glenwood** |
| | **Overland Park, KS 66212** |
| | **913-648-0600 Fax:913-648-0664** |