B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Kansas

In re   **Lindy's Inc.**                                         Case No.   **12-23059**

                                               Debtor(s)        Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2012 - Gross Rents and misc. income believed to be similar to 2010 income and will be updated when 2011 income tax returns are completed** |
| **$0.00** | **2011 - Gross Rents and misc. income believed to be similar to 2010 income and will be updated when 2011 income tax returns are completed** |
| **$3,180,726.53** | **2010 - Gross Rents and misc. income** |
| **$438,041.32** | **2011 - Seabrook Shopping Center (property owned by KDL, Inc. which is a subsidiary of Lindy's Inc. and income reported on tax return of Lindy's, Inc.)** |
| **$172,291.08** | **2012 YTD - White Lakes Mall  Rents and misc. income (property owned by KDL, Inc., which is a subsidiary and income listed on tax returns of Lindy's, Inc.)** |
| **$210,771.96** | **2011 - White Lakes Mall rents and misc. income (property owned by KDL, Inc., which is a subsidiary and income listed on tax returns of Lindy's, Inc.)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Exhibit** | | **$0.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See attached** | | | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Various** | | **Debtor has transferred various real property parcels to creditors as part of workouts involving surrender of real property.** |

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Debtor has various losses in the ordinary course of business and has ongoing insurance claims. E.g. weather damage to roof.** | | |

#### 9.  Payments related to debt counseling or bankruptcy

None ■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 10.  Other transfers

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

#### 11.  Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

#### 12.  Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

#### 13.  Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

#### 14.  Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **KDL Inc.** | **48-1248695** | **125 SW GAGE BLVD Topeka, KS 66606** | **Real estate rental, management, and development** | **Currently operating** |
| **Belllairre Shopping Center, Inc.** | **48-0683600** | **125 SW GAGE BLVD Topeka, KS 66606** | **Real estate rental, management, and development** | **Ongoing** |

None ■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Shannon Lindemuth 125 SW Gage Blvd Topeka, KS 66606** | **Ongoing, provided to all debtors jointly administered with Lindemuth, Inc.** |
| **Mikoleit & Associates 2933 SW Woodside Dr. Ste. 102 Topeka, KS 66614** | **Annually for income tax purposes. Also provided services to all debtors jointly administered with Lindemuth, Inc.** |

None ■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                              DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                    ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                        DATE ISSUED

---

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR                  DOLLAR AMOUNT OF INVENTORY
                                                                    (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                               RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None □ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Kent Lindemuth**<br>**125 SW GAGE BLVD**<br>**Topeka, KS 66606** | **President/Vice President** | **50% stock ownership** |
| **Vikki Lindemuth**<br>**125 SW GAGE BLVD**<br>**Topeka, KS 66606** | **Secretary/Treasurer** | **50% stock ownership** |

---

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                               DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                                 DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kent Lindemuth** <br> **4350 NW Green Hills Pl.** <br> **Topeka, KS 66618** <br>    **Owner** | **Debtor provided ongoing support and reimbursement to Kent Lindemuth through direct payments of expenses or transfers to cover expenses.** | |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **January 3, 2013**            Signature   **/s/ Kent Lindemuth**
                                              **Kent Lindemuth**
                                              **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Date | Payee | Check # | Amount | Address | Account |
|---|---|---|---|---|---|
| 8/16/2012 | Emprise Bank | 2125 | $ 7,773.01 | 1121 Wakarusa Dr. Lawrence, KS 66049 | Envista xxx9709 (Lindy's) |
| | **Emprise Bank Total** | | $ 7,773.01 | | |
| 8/16/2012 | Landmark National Bank | 2126 | $ 57,539.92 | 6010 SW 6th Ave. Topeka, KS 66615 | Envista xxx9709 (Lindy's) |
| | **Landmark National Bank Total** | | $ 57,539.92 | | |
| 8/22/2012 | Transfer to xxx6109 | | $ 30,000.00 | Envista CU 2015 SW 10th Ave. Topeka, KS 66604 | Envista xxx9709 (Lindy's) |
| | **Transfer to xxx6109 Total** | | $ 30,000.00 | | |
| 8/22/2012 | Transfer to xxx7749 | | $ 26,000.00 | Envista CU 2015 SW 10th Ave. Topeka, KS 66604 | Envista xxx9709 (Lindy's) |
| 8/23/2012 | Transfer to xxx7749 | | $ 7,000.00 | Envista CU 2015 SW 10th Ave. Topeka, KS 66604 | Envista xxx9709 (Lindy's) |
| | **Transfer to xxx7749 Total** | | $ 33,000.00 | | |
| 9/7/2012 | Mark's Overhead Door Service | 2120 | $ 9,111.10 | 7321 NW 39th St. Silver Lake, KS 66539 | Envista xxx9709 (Lindy's) |
| | **Mark's Overhead Door Service Total** | | $ 9,111.10 | | |
| 9/17/2012 | Emprise Bank | 2139 | $ 7,773.01 | 1121 Wakarusa Dr. Lawrence, KS 66049 | Envista xxx9709 (Lindy's) |
| | **Emprise Bank Total** | | $ 7,773.01 | | |
| 9/17/2012 | Transfer to xxx56109 | | $ 10,000.00 | Envista CU 2015 SW 10th Ave. Topeka, KS 66604 | Envista xxx9709 (Lindy's) |
| | **Transfer to xxx56109 Total** | | $ 10,000.00 | | |
| 9/21/2012 | Landmark National Bank | 2142 | $ 57,539.92 | 6010 SW 6th Ave. Topeka, KS 66615 | Envista xxx9709 (Lindy's) |
| | **Landmark National Bank Total** | | $ 57,539.92 | | |
| 9/21/2012 | Transfer to xxx56109 | | $ 57,000.00 | Envista CU 2015 SW 10th Ave. Topeka, KS 66604 | Envista xxx9709 (Lindy's) |
| | **Transfer to xxx56109 Total** | | $ 57,000.00 | | |
| 10/3/2012 | Denison State Bank | 2147 | $ 25,709.76 | 3640 SW Fairlawn Topeka, KS 66614 | Envista xxx9709 (Lindy's) |
| | **Denison State Bank Total** | | $ 25,709.76 | | |
| 10/17/2012 | Mark's Overhead Door Service | 2153 | $ 30,000.00 | 7321 NW 39th St. Silver Lake, KS 66539 | Envista xxx9709 (Lindy's) |
| | **Mark's Overhead Door Service Total** | | $ 30,000.00 | | |
| 10/19/2012 | Transfer to xxx56109 | | $ 10,000.00 | Envista CU 2015 SW 10th Ave. Topeka, KS 66604 | Envista xxx9709 (Lindy's) |
| | **Transfer to xxx56109 Total** | | $ 10,000.00 | | |
| 10/22/2012 | Landmark National Bank | 2160 | $ 57,539.92 | 6010 SW 6th Ave. Topeka, KS 66615 | Envista xxx9709 (Lindy's) |
| | **Landmark National Bank Total** | | $ 57,539.92 | | |
| 11/2/2012 | Swinnen & Associates, LLC | 2171 | $ 15,000.00 | 921 SW Topeka Blvd. Topeka, KS 66612 | Envista xxx9709 (Lindy's) |
| | **Swinnen & Associates, LLC Total** | | $ 15,000.00 | | |
| 11/5/2012 | Lesser Electric, Inc. | 2173 | $ 10,000.00 | PO Box 8244 Topeka, KS 66608 | Envista xxx9709 (Lindy's) |
| | **Lesser Electric, Inc. Total** | | $ 10,000.00 | | |
| 11/7/2012 | Mundy & Sons Roofing | 2177 | $ 10,000.00 | 2500 SE Faxon Topeka, KS 66605 | Envista xxx9709 (Lindy's) |
| | **Mundy & Sons Roofing Total** | | $ 10,000.00 | | |
| | **Grand Total** | | $ 427,986.64 | | |

| Payee | Entry Date | Amount | Bank Name |
|---|---|---|---|
| Lindemuth, Inc. | 22-Aug-12 | $26,000.00 | Denison - White Lakes |
| **Lindemuth, Inc. Total** | | $26,000.00 | |
| White Lakes Center | 30-Oct-12 | $16,031.23 | Denison - White Lakes |
| White Lakes Center | 06-Nov-12 | $6,630.60 | Denison - White Lakes |
| **White Lakes Center Total** | | $22,661.83 | |
| Westar Energy | 23-Aug-12 | $65.39 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $222.14 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $111.85 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $245.67 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $675.03 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $45.32 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $320.43 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $309.96 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $44.18 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $73.62 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $21.74 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $27.55 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $895.99 | Denison - White Lakes |
| Westar Energy | 23-Aug-12 | $218.67 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $64.66 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $43.56 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $667.31 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $994.88 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $27.35 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $112.66 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $44.90 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $428.32 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $305.19 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $21.74 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $72.86 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $315.48 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $72.86 | Denison - White Lakes |
| Westar Energy | 28-Sep-12 | $27.45 | Denison - White Lakes |
| Westar Energy | 24-Oct-12 | $72.79 | Denison - White Lakes |
| Westar Energy | 24-Oct-12 | $43.29 | Denison - White Lakes |
| Westar Energy | 24-Oct-12 | $303.09 | Denison - White Lakes |

| Payee | Entry Date | Amount | Bank Name |
|---|---|---|---|
| Westar Energy | 24-Oct-12 | $834.35 | Denison - White Lakes |
| Westar Energy | 24-Oct-12 | $1,094.73 | Denison - White Lakes |
| Westar Energy | 24-Oct-12 | $241.29 | Denison - White Lakes |
| Westar Energy | 24-Oct-12 | $44.90 | Denison - White Lakes |
| Westar Energy | 24-Oct-12 | $518.28 | Denison - White Lakes |
| Westar Energy | 24-Oct-12 | $44.35 | Denison - White Lakes |
| Westar Energy | 24-Oct-12 | $114.62 | Denison - White Lakes |
| Westar Energy | 24-Oct-12 | $21.74 | Denison - White Lakes |
| Westar Energy | 24-Oct-12 | $65.67 | Denison - White Lakes |
| **Westar Energy Total** | | **$9,803.00** | |
| **Grand Total** | | **$58,464.83** | |

LINDEMUTH, INC. Case No. 12-23055
K. DOUGLAS, INC. Case No. 12-23056
KDL, INC. Case No. 12-23057
BELLAIRRE SHOPPING CENTER, INC. Case No. 12-23058
LINDY'S INC. Case No. 12-23059
KENT & VIKKI LINDEMUTH. 12-23060

## Statement of Financial Affairs Question 4:

**a. List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)**

**12C000533**
VFC PARTNERS 8 LLC  v. LINDEMUTH INC, LINDY'S INC, KDL INC; Kent Lindemuth, Vikki Lindemuth.
Nature: Receivership
Dismissed

**11C001258**
Filed 10-31-11
UNIVERSITY NATIONAL BANK v. LINDEMUTH INC, LINDY'S INC; KDL INC; Kent Lindemuth, Vikki Lindemuth; et al.
Nature: Breach of note and foreclosure
Pending

**12CV 000136**
Filed: 2012-02-06
BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY v. LINDEMUTH INC, LINDY'S INC; KDL INC; Kent Lindemuth, Vikki Lindemuth et al.
Nature: Tax Collection
Dismissed

**12CV001247**
Filed: 2011-10-27
FH PARTNERS LLC v. LINDEMUTH INC; Kent Lindemuth, Vikki Lindemuth et al.
Nature: Receivership
Dismissed

**12 CV 001246**
COREFIRST BANK & TRUST; KAW VALLEY BANK v. LINDEMUTH INC, LINDY'S INC; KDL INC; Kent Lindemuth, Vikki Lindemuth et al.
Nature: Debt collection
Dismissed

**11C 000299**
BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY v. LINDEMUTH INC,
LINDY'S INC; KDL INC; Kent Lindemuth, Vikki Lindemuth et al.
Nature: Tax Collection
Dismissed

**12C 000667**
Craig Collins v. LINDEMUTH INC; Kent Lindemuth.
Nature: Collection
Dismissed

**12C 001086**
COOPER'S INC v. Kent Lindemuth
Nature: Contract
Pending

**12L 016018**
Kent Lindemuth; Vikki Lindemuth v. Kelly Rafferty
Nature: Debt collection and possession
Judgment entered

**09-C-1670**
KDHE v. Lindemuth
Nature: Environmental enforcement
Pending

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Kansas

In re    **Lindy's Inc.**       Case No.   **12-23059**
                   Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Accord Creditor Services**<br>**PO Box 10002**<br>**Newman, GA 30271** | **Accord Creditor Services**<br>**PO Box 10002**<br>**Newman, GA 30271** | | | **Unknown** |
| **City of Topeka Utility Accounts**<br>**P.O. Box 3566**<br>**Topeka, KS 66601** | **City of Topeka Utility Accounts**<br>**P.O. Box 3566**<br>**Topeka, KS 66601** | | | **Unknown** |
| **Coopers, Inc.**<br>**401 SW 32nd Terr**<br>**Topeka, KS 66611** | **Coopers, Inc.**<br>**401 SW 32nd Terr**<br>**Topeka, KS 66611** | | | **Unknown** |
| **D Hoover Construction Co.**<br>**2700 SE 45th**<br>**Topeka, KS 66609** | **D Hoover Construction Co.**<br>**2700 SE 45th**<br>**Topeka, KS 66609** | | | **Unknown** |
| **Douglas County Treasurer**<br>**1100 Massachusetts St. 1st level**<br>**Lawrence, KS 66044** | **Douglas County Treasurer**<br>**1100 Massachusetts St. 1st level**<br>**Lawrence, KS 66044** | | | **Unknown** |
| **First National Bank & Trust Co**<br>**702 N. Washington St.**<br>**Junction City, KS 66441** | **First National Bank & Trust Co**<br>**702 N. Washington St.**<br>**Junction City, KS 66441** | **1901 SW 10th (loan 5486), 715 SW Harrison (loan 5486)** | | **1,301,899.99**<br><br>**(Unknown secured)** |
| **First National Bank & Trust Co**<br>**702 N. Washington St.**<br>**Junction City, KS 66441** | **First National Bank & Trust Co**<br>**702 N. Washington St.**<br>**Junction City, KS 66441** | **200 SE 3rd Street, Topeka, KS 66603** | | **Unknown**<br><br>**(Unknown secured)** |
| **Geary County Treasurer**<br>**200 E. 8th**<br>**Junction City, KS 66441** | **Geary County Treasurer**<br>**200 E. 8th**<br>**Junction City, KS 66441** | | | **Unknown** |
| **Green Western, LLC**<br>**1415 SW Topeka Blvd.**<br>**Topeka, KS 66612** | **Green Western, LLC**<br>**1415 SW Topeka Blvd.**<br>**Topeka, KS 66612** | | | **Unknown** |
| **H. Kent Hollins Law Office**<br>**PO Box 4586**<br>**Topeka, KS 66604** | **H. Kent Hollins Law Office**<br>**PO Box 4586**<br>**Topeka, KS 66604** | | | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Lindy's Inc.**                                    Case No.   **12-23059**

                                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Jayhawk Fire Sprinkler Co, Inc.**<br>**110 NE Gordon**<br>**Topeka, KS 66608** | **Jayhawk Fire Sprinkler Co, Inc.**<br>**110 NE Gordon**<br>**Topeka, KS 66608** | | | **Unknown** |
| **Kaw Valley Bank**<br>**1110 N. Kansas Ave.**<br>**Topeka, KS 66608** | **Kaw Valley Bank**<br>**1110 N. Kansas Ave.**<br>**Topeka, KS 66608** | **2501 SE California Ave. (loan 0579)** | | **55,675.22**<br><br>**(Unknown secured)** |
| **KS Commercial Real Estate Services, Inc.**<br>**4125 SW Gage Center Dr. Ste. 200**<br>**Topeka, KS 66607** | **KS Commercial Real Estate Services, Inc.**<br>**4125 SW Gage Center Dr. Ste. 200**<br>**Topeka, KS 66607** | | | **Unknown** |
| **L & LD Construction**<br>**903 NE 46th St.**<br>**Topeka, KS 66617** | **L & LD Construction**<br>**903 NE 46th St.**<br>**Topeka, KS 66617** | | | **Unknown** |
| **Lesser Electric, Inc.**<br>**315 NW Laurent**<br>**Topeka, KS 66608** | **Lesser Electric, Inc.**<br>**315 NW Laurent**<br>**Topeka, KS 66608** | | | **Unknown** |
| **Lyon County Treasurer**<br>**430 Commercial St.**<br>**Emporia, KS 66801** | **Lyon County Treasurer**<br>**430 Commercial St.**<br>**Emporia, KS 66801** | | | **Unknown** |
| **Mark's Overhead Door Service**<br>**7321 NW 39th St.**<br>**Silver Lake, KS 66539** | **Mark's Overhead Door Service**<br>**7321 NW 39th St.**<br>**Silver Lake, KS 66539** | | | **Unknown** |
| **Met-Con Products, Inc.**<br>**4110 SW Topeka Ave.**<br>**Topeka, KS 66609** | **Met-Con Products, Inc.**<br>**4110 SW Topeka Ave.**<br>**Topeka, KS 66609** | | | **Unknown** |
| **Mundy & Sons Roofing**<br>**2500 SE Faxon**<br>**Topeka, KS 66605** | **Mundy & Sons Roofing**<br>**2500 SE Faxon**<br>**Topeka, KS 66605** | | | **Unknown** |
| **Samco, Inc.**<br>**3840 NW 14th Ste. C**<br>**Topeka, KS 66618** | **Samco, Inc.**<br>**3840 NW 14th Ste. C**<br>**Topeka, KS 66618** | | | **Unknown** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Lindy's Inc.**                                               Case No.   **12-23059**
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January  3, 2013**                     Signature   **/s/ Kent Lindemuth**
                                                              **Kent Lindemuth**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Lindy's Inc.**                                         ,    Case No.    **12-23059**

                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **715 SW Harrison (loan 5486 combined into one loan with multiple properties)** | **Fee Simple** | - | **Unknown** | **Unknown** |
| **1901 SW 10th  (loan 5486)** | **Fee Simple** | - | **Unknown** | **1,301,900.00** |
| **2501 SE California Ave. (loan 0579)** | **Fee Simple** | - | **Unknown** | **55,675.00** |
| **200 SE 3rd Street, Topeka, KS 66603** | **Fee simple** | - | **Unknown** | **Unknown** |
| **NW Brickyard Road Topeka 66618 (5 Lots) Parcel ID: 0910203002001000; 0910203007001000; 0910203008001000; 0910203009001000; 0910203010001000** | | - | **Unknown** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

                                      (Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

In re    **Lindy's Inc.**                                  Case No.    **12-23059**

Debtor(s)

## SCHEDULE A - REAL PROPERTY
### Attachment A

**Debtor is undertaking valuation analysis and will update values as information becomes available.**

B6B (Official Form 6B) (12/07)

In re    **Lindy's Inc.**                                                ,    Case No.    **12-23059**
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Kaw Valley Bank Lockbox account, rents collected directly by lender and applied to loan, taxes, and other expenses. This may include rents from properties titled in the name of Lindemuth, Inc. case no. 12-23055 (lead case); Lindy's Inc., case no. 12-23059; KDL, Inc., case no. 12-23057; and Kent & Vikki Lindemuth as individuals, case no. 12-23060. Lock box account Checking xxx480 (as of 11-16-12) - $41,689.83** | - | 41,689.83 |
| | | | **Debtor's deposit accounts for Whitelakes Mall and Seabrook Shopping Center managed by KS Commercial Real Estates Services, Inc. Denison State Bank xxx9816 - 10.60 Envista Credit Union xxx1209 - 20620.46 (property owned by KDL, Inc., which is a subsidiary and income listed on tax returns of Lindy's, Inc.)** | - | 20,630.46 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposits with various utilities.** | - | Unknown |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >      62,320.29
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lindy's Inc.**                                   ,     Case No.    **12-23059**

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Debtor has potential claims for intercompany transfers or debts among debtors jointly administered under Lindemuth, Inc., Case. No. 12-23055, as the jointly administered debtors were managed in a affiliated manner prepetition. Analysis of the amount of these interdebtor debts is ongoing.** | - | Unknown |
| | | **At the time of filing the petition, Debtor had potential lease receivables from tenants. Analysis of the amounts and recoverability of these receivables is ongoing.** | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Lindy's Inc.** , Case No. __12-23059__
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential tort claim against receiver.** | **-** | **Unknown** |
| | | **Debtor has various insurance claims and possible causes of actions in connection with these insurance claims.** | **-** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Debtor has various licenses and permits in connection with operation of the Debtor's business.** | **-** | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   __Lindy's Inc.__                                              ,   Case No.   __12-23059__
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28.  Office equipment, furnishings, and supplies. | | **Hand tools, saws, office equipment including computers and desks.  Same equipment shared by all debtors jointly administered under Lindemuth, Inc. Case No. 12-23055, case nos.12-23056; 12-23057; 12-23058; 12-23059; 12-23060.  $2000 value is total for all property shared by all debtors.** | - | **0.00** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **62,320.29** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Lindy's Inc.** , Case No. **12-23059**
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1901 SW 10th  (loan 5486), 715 SW Harrison (loan 5486) | | | | | |
| **First National Bank & Trust Co 702 N. Washington St. Junction City, KS 66441** | | - | | | | | | |
| | | | Value $               **Unknown** | | | | **1,301,899.99** | **Unknown** |
| Account No. | | | 200 SE 3rd Street, Topeka, KS 66603 | | | | | |
| **First National Bank & Trust Co 702 N. Washington St. Junction City, KS 66441** | | - | | | | | | |
| | | | Value $               **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | 2501 SE California Ave. (loan 0579) | | | | | |
| **Kaw Valley Bank 1110 N. Kansas Ave. Topeka, KS 66608** | | - | | | | | | |
| | | | Value $               **Unknown** | | | | **55,675.22** | **Unknown** |
| Account No. | | | | | | | | |
| **Stevens & Brand L.L.P. 515 South Kansas Ave. Suite 200 Topeka, KS 66603** | | | **Representing: Kaw Valley Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal (Total of this page) | **1,357,575.21** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,357,575.21** | **0.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

**B6E (Official Form 6E) (4/10)**

In re    **Lindy's Inc.**                                   Case No.    **12-23059**
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0** continuation sheets attached

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Lindy's Inc.** _____ ,   Case No. ___**12-23059**_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **Accord Creditor Services** **PO Box 10002** **Newman, GA 30271** | | - | | | | | **Unknown** |
| **Account No.** | | | | | | | |
| **City of Topeka Utility Accounts** **P.O. Box 3566** **Topeka, KS 66601** | | | | | | | **Unknown** |
| **Account No.** | | | | | | | |
| **Coopers, Inc.** **401 SW 32nd Terr** **Topeka, KS 66611** | | - | | | | | **Unknown** |
| **Account No.** | | | | | | | |
| **D Hoover Construction Co.** **2700 SE 45th** **Topeka, KS 66609** | | - | | | | | **Unknown** |

___4___ continuation sheets attached

Subtotal
(Total of this page)                                        **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com     S/N:35814-121221   Best Case Bankruptcy

In re   **Lindy's Inc.**                                                          ,        Case No.    **12-23059**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Douglas County Treasurer**<br>**1100 Massachusetts St. 1st level**<br>**Lawrence, KS 66044** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Geary County Treasurer**<br>**200 E. 8th**<br>**Junction City, KS 66441** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Green Western, LLC**<br>**1415 SW Topeka Blvd.**<br>**Topeka, KS 66612** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **H. Kent Hollins Law Office**<br>**PO Box 4586**<br>**Topeka, KS 66604** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Jayhawk Fire Sprinkler Co, Inc.**<br>**110 NE Gordon**<br>**Topeka, KS 66608** | - | | | | | | **Unknown** |

Sheet no. __**1**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lindy's Inc.**                                                    ,     Case No.     **12-23059**
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**KS Commercial Real Estate Services, Inc.**<br>**4125 SW Gage Center Dr. Ste. 200**<br>**Topeka, KS 66607** | - | | | | | | **Unknown** |
| Account No.<br><br>**L & LD Construction**<br>**903 NE 46th St.**<br>**Topeka, KS 66617** | - | | | | | | **Unknown** |
| Account No.<br><br>**Lesser Electric, Inc.**<br>**315 NW Laurent**<br>**Topeka, KS 66608** | - | | | | | | **Unknown** |
| Account No.<br><br>**Lyon County Treasurer**<br>**430 Commercial St.**<br>**Emporia, KS 66801** | - | | | | | | **Unknown** |
| Account No.<br><br>**Mark's Overhead Door Service**<br>**7321 NW 39th St.**<br>**Silver Lake, KS 66539** | - | | | | | | **Unknown** |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lindy's Inc.** _____,  Case No. _____**12-23059**_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Met-Con Products, Inc.** **4110 SW Topeka Ave.** **Topeka, KS 66609** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Mundy & Sons Roofing** **2500 SE Faxon** **Topeka, KS 66605** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Samco, Inc.** **3840 NW 14th Ste. C** **Topeka, KS 66618** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Shawnee County Treasurer** **200 SE 7th Room 101** **Topeka, KS 66603** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Swinnen & Associates** **921 SW Topeka Blvd.** **Topeka, KS 66612** | - | | | | | | **Unknown** |

Sheet no. __**3**__ of __**4**__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)     **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re   **Lindy's Inc.**                                ,         Case No.     **12-23059**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **The Cincinnati Insurance Company PO Box 145620 Cincinnati, OH 45250-5620** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal (Total of this page)     **0.00**

                    Total (Report on Summary of Schedules)     **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Lindy's Inc.**                                         ,   Case No.     **12-23059**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Various** | **Debtor owns commercial rental properties and is landlord to many parties under various leases and contracts for deed. Debtor is undertaking a global analysis of all leases and will update list of leases and counter parties when finished.  Debtors have various executory contracts with parties for the management, leasing and brokering of real properties and other services associated with Debtor's business (including KS Commercial Real Estate Services, LLC).** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re     **Lindy's Inc.**                                               Case No.     **12-23059**

_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Various** | **Various** |
|    **Various jointly administered debtor entities are closely related and many cross-guarantees exist. Debtors Lindemuth, Inc. case no. 12-23055 (lead case); K. Douglas, Inc., case no. 12-23056; KDL, Inc., case no. 12-23057; Bellairre Shopping Center, Inc., case no. 12-23058; Lindy's Inc., case no. 12-23059; and Kent & Vikki Lindemuth as individuals, case no. 12-23060 have likely guaranteed numerous debts for other jointly administered debtors.** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court

## District of Kansas

In re    **Lindy's Inc.**                 ,

Debtor

Case No.    **12-23059**

Chapter        **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 0.00 | | |
| B - Personal Property | Yes | 4 | 62,320.29 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,357,575.21 | |
| E - Creditors Holding Unsecured Priority Claims   (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| Total Assets | | | 62,320.29 | | |
| Total Liabilities | | | | 1,357,575.21 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re    **Lindy's Inc.** _____,

Debtor

Case No. _____ **12-23059** _____

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Kansas

In re __Lindy's Inc.__         Case No. __12-23059__

Debtor(s)      Chapter __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___17___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __January 3, 2013__         Signature   __/s/ Kent Lindemuth__

                                                    **Kent Lindemuth**
                                                    **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Accord Creditor Services
PO Box 10002
Newman GA 30271


City of Topeka Utility Accounts
P.O. Box 3566
Topeka KS 66601


Coopers, Inc.
401 SW 32nd Terr
Topeka KS 66611


D Hoover Construction Co.
2700 SE 45th
Topeka KS 66609


Douglas County Treasurer
1100 Massachusetts St. 1st level
Lawrence KS 66044


First National Bank & Trust Co
702 N. Washington St.
Junction City KS 66441


Geary County Treasurer
200 E. 8th
Junction City KS 66441


Green Western, LLC
1415 SW Topeka Blvd.
Topeka KS 66612


H. Kent Hollins Law Office
PO Box 4586
Topeka KS 66604


Jayhawk Fire Sprinkler Co, Inc.
110 NE Gordon
Topeka KS 66608


Kaw Valley Bank
1110 N. Kansas Ave.
Topeka KS 66608

KS Commercial Real Estate Services, Inc.
4125 SW Gage Center Dr. Ste. 200
Topeka KS 66607


L & LD Construction
903 NE 46th St.
Topeka KS 66617


Lesser Electric, Inc.
315 NW Laurent
Topeka KS 66608


Lyon County Treasurer
430 Commercial St.
Emporia KS 66801


Mark's Overhead Door Service
7321 NW 39th St.
Silver Lake KS 66539


Met-Con Products, Inc.
4110 SW Topeka Ave.
Topeka KS 66609


Mundy & Sons Roofing
2500 SE Faxon
Topeka KS 66605


Samco, Inc.
3840 NW 14th Ste. C
Topeka KS 66618


Shawnee County Treasurer
200 SE 7th Room 101
Topeka KS 66603


Stevens & Brand L.L.P.
515 South Kansas Ave.
Suite 200
Topeka KS 66603


Swinnen & Associates
921 SW Topeka Blvd.
Topeka KS 66612

```
The Cincinnati Insurance Company
PO Box 145620
Cincinnati OH 45250-5620


Various
```

# United States Bankruptcy Court

## District of Kansas

In re    **Lindy's Inc.**                                                                            ,
                                    Debtor

Case No. ___**12-23059**_____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**None**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**January  3, 2013**_____

Signature _**/s/ Kent Lindemuth**_____
                    **Kent Lindemuth**
                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re   **Lindy's Inc.**

_____
Debtor(s)

Case No.   **12-23059**

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:   **January 3, 2013**

**/s/ Kent Lindemuth**

**Kent Lindemuth**/**President**
Signer/Title

# United States Bankruptcy Court
### District of Kansas

In re  __Lindy's Inc.__                   Case No.  __12-23059__
                                 Debtor(s)                Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __Lindy's Inc.__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__January  3, 2013__
Date

__/s/ Jeffrey A. Deines__
__Jeffrey A. Deines__
Signature of Attorney or Litigant
Counsel for   __Lindy's Inc.__
__Lentz Clark Deines PA__
__9260 Glenwood__
__Overland Park, KS 66212__
__913-648-0600 Fax:913-648-0664__