B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Kansas

| | | | |
|---|---|---|---|
| In re | **Kent Lindemuth**<br>**Vikki Lindemuth** | Case No. | **12-23060** |
| | Debtor(s) | Chapter | **11** |

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$56,232.96** | **2012 Wife Income, Blue Cross Blue Shield** |
| **$336,614.01** | **2010 Gross Rental Income** |
| **$57,553.00** | **2010 Gas and Mor** |
| **$22,088.00** | **2010 Lindys Auto Sales** |
| **$127,022.00** | **2010 A & A Mini Storage South** |
| **$541,500.00** | **2010 Linwood Subdivision** |
| **$57,994.00** | **2010 Wife Income, Blue Cross Blue Shield** |
| **$0.00** | **2012 and 2011 Business income are estimated to be similar to 2010 income.** |

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2012, 2011, 2010 - Kent Lindemuth receives ongoing support and reimbursement to Kent Lindemuth through direct payments of expenses or transfers to cover expenses from Debtors Lindemuth, Inc. case no. 12-23055 (lead case); K. Douglas, Inc., case no. 12-23056; KDL, Inc., case no. 12-23057; Bellairre Shopping Center, Inc., case no. 12-23058; Lindy's Inc., case no. 12-23059; and Kent & Vikki Lindemuth as individuals, case no. 12-23060. |
| $108,009.00 | 2010 - A & A Mini Storage West |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $16,901.00 | 2010 Husband, Interest (one year only) |
| $18,080.00 | 2010 Pension |
| $13,546.80 | 2011 - Husband pension |
| $12,417.90 | 2012 YTD - Husband pension |

**3. Payments to creditors**

None ☐

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts*. List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Exhibit** | | **$0.00** | **$0.00** |

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **12C000533 VFC PARTNERS 8 LLC  v. LINDEMUTH INC, LINDY'S INC, KDL INC; Kent Lindemuth, Vikki Lindemuth.** | | **Shawnee Co. District Court** | **Dismissed** |
| **11C001258 Filed 10-31-11 UNIVERSITY NATIONAL BANK v. LINDEMUTH INC, LINDY'S INC; KDL INC; Kent Lindemuth, Vikki Lindemuth; et al.** | **Breach of note and foreclosure** | **Shawnee Co. District Court** | **Pending** |
| **12CV 000136 Filed: 2012-02-06 BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY v. LINDEMUTH INC, LINDY'S INC; KDL INC; Kent Lindemuth, Vikki Lindemuth et al.** | **Tax collection** | **Shawnee County District Court 200 SE 7th St. Room 209 Topeka, KS 66603** | **Dismissed** |
| **FH PARTNERS LLC v. LINDEMUTH INC; Kent Lindemuth, Vikki Lindemuth et al. 12CV001247** | **Receivership** | **Shawnee County District Court 200 SE 7th St. Room 209 Topeka, KS 66603** | **Dismissed** |
| **1C 000299 BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY v. LINDEMUTH INC, LINDY'S INC; KDL INC; Kent Lindemuth, Vikki Lindemuth et al.** | **Tax collection** | **Shawnee County District Court 200 SE 7th St. Room 209 Topeka, KS 66603** | **Dismissed** |
| **12C 000667 Craig Collins v. LINDEMUTH INC; Kent Lindemuth.** | **Collection** | **Shawnee County District Court 200 SE 7th St. Room 209 Topeka, KS 66603** | **Dismissed** |
| **12C 001086 COOPER'S INC v. Kent Lindemuth** | **Unknown** | **Shawnee County District Court 200 SE 7th St. Room 209 Topeka, KS 66603** | **Pending** |
| **12L 016018 Kent Lindemuth; Vikki Lindemuth v. Kelly Rafferty** | **Debt collection and possession** | **Shawnee County District Court 200 SE 7th St. Room 209 Topeka, KS 66603** | **Judgment entered** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Various** | | **Debtor has transferred various real property parcels to creditors as part of workouts involving surrender of real property.** |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Relay for Life** | **None** | | **Small gift for cancer research** |
| **American Cancer Society Gage Shopping Center Topeka, KS 66604** | **None** | **Ongoing** | **retail space donated for use of nonprofit** |

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Debtor has various losses in the ordinary course of business and has ongoing insurance claims. E.g. weather damage to roof.** | | |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Allen Credit & Debt Counseling**<br>**195 Brook Street East**<br>**Wessington, SD 57381** | **November 9, 2012** | **Credit Counseling Fee** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **AL & SL LLC**<br>**4821 NW LINWOOD DR**<br>**Topeka, KS 66618**<br>    **Affiliate** | **April 2012** | **Property interests and related debt assumption was done in an integrated transaction with Denison State Bank; Debtor's children received transfer of properties and assumed related debt.** |
| | | **Property Address**          **Parcel ID**<br>**(Shawnee Co.)**<br>**230 SW GAGE BLVD Topeka 66606**<br>**0972603001003000** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **University National Bank**<br>**1400 Kasold Drive**<br>**PO Box 1777**<br>**Lawrence, KS 66044-8777** | **Checking xxx2804, $0.00** | **6/28/12 $0.00** |
| **Vision Bank**<br>**3031 SW Wannamaker**<br>**Topeka, KS 66614** | **xxx7558, $1333.89** | **4/30/12** |

**12. Safe deposit boxes**

None
■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Ann D. Long Trust** | **Vikki Lindemuth assists her mother in managing assets.** | **Spendthrift trust with generation skipping clauses so that bulk of property will go to Vikki Lindemuth's children.** |
| **Friend's Account** | **Vikki Lindemuth is listed on the account of a family friend solely for the purposes of assisting in the administration of the account and serves as guardian.** | |

**15. Prior address of debtor**

None
■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lindemuth, Inc.** | **48-1204269** | **125 SW Gage Blvd. Topeka, KS 66606** | **Real estate rental, management, and development** | **3-27-1997 - current** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Lindy's Inc. | 48-1182735 | 125 SW Gage Blvd. Topeka, KS 66606 | Real estate rental, management, and development; owns subsidiaries BELLAIRRE SHOPPING CENTER, INC. Case No. 12-23058 and KDL, INC. Case No. 12-23057 | 02/27/96 to current |
| Lindy's Auto Sales | N/A | 230 SW Gage Blvd. Topeka, KS 66618 | Auto Sales.  Owned by Kent & Vikki Lindemuth and their two children. | Currently Operating |
| Gas and Mor | 4481 | 230 SW Gage Blvd. Topeka, KS 66618 | Sole Proprietor, convenience store | Currently Operating |
| A and A Mini Storage West | | 235 SW Gage Blvd. Topeka, KS 66606 | storage | Currently operating |
| Linwood Subdivision | 4481 | 46th Street Topeka, KS 66618 | Sole proprietor residential subdivision development | Currently operating |
| K. Douglas Inc. | 38-3751230 | 125 SW Gage Blvd. Topeka, KS 66606 | Real estate ownership and development | 1-29-07 to current |
| Kent Lindemuth & Curt Cochran P'ships | 20-3514729 | 200 SW Jackson Topeka, KS 66603 | Multiple general partnerships: A&A Truck Rental; Three Men With A Truck & Trailer; Allied Bailey Moving & Storage, Co., LLC | Currently Operating |
| Insite Mediacom, LLC | 65-1094819 | 125 SW Gage Blvd. Topeka, KS 66606 | | |
| A&A Mini Storage South | | 3200 S. Kansas Ave. Topeka, KS 66611 | Storage | Currently operating |
| Allied Bailey Moving & Storage, Co., LLC | N/A | 213 SW Jackson Street Topeka, KS 66603 | Moving | Currently Operating |
| A Donation Store, LLC | | 2307 SW 10th st, Topeka, KS 66604 | | 09/06/2012 |
| JAYHAWK MOVING & STORAGE, INC | | 200 SW jackson st, Topeka, KS 66603 | Moving and storage | 09/18/2012 - Current |

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                                    ADDRESS


    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Shannon Lindemuth**<br>**125 SW Gage Blvd**<br>**Topeka, KS 66606** | **Ongoing, provided to all debtors jointly**<br>**administered with Lindemuth, Inc.** |
| **Mikoleit & Associates**<br>**2933 SW Woodside Dr. Ste. 102**<br>**Topeka, KS 66614** | **Annually for income tax purposes.  Also**<br>**provided services to all debtors jointly**<br>**administered with Lindemuth, Inc.** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Kent Lindemuth**<br>**4350 NW Green Hills Pl.**<br>**Topeka, KS 66618** | **President and Vice-President** | **50% of voting stock** |
| **Vikki Lindemuth**<br>**4350 NW Green Hills Pl.**<br>**Topeka, KS 66618** | **Secretary/Treasurer** | **50% of voting stock** |

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                       DATE AND PURPOSE                  AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL                     OR DESCRIPTION AND
                                                                     VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)


**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  **January  3, 2013**                    Signature  **/s/ Kent Lindemuth**
                                                         **Kent Lindemuth**
                                                         Debtor


Date  **January  3, 2013**                    Signature  **/s/ Vikki Lindemuth**
                                                         **Vikki Lindemuth**
                                                         Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Kent Vikki Lindemuth, No. 12-23060
SOFA Question 3

| Date | Payee | Check # | Amount | Address | Account |
|------|-------|---------|--------|---------|---------|
| 8/22/2012 | Kaw Valley Bank | Check #3060 | $ 77,692.13 | 1110 N. Kansas Ave. Topeka, KS 66608 | Envista xxx5619 |
| | **Kaw Valley Bank Total** | | $ 77,692.13 | | |
| 9/21/2012 | Kaw Valley Bank | Check #3067 | $ 77,692.13 | 1110 N. Kansas Ave. Topeka, KS 66608 | Envista xxx5619 |
| | **Kaw Valley Bank Total** | | $ 77,692.13 | | |
| 9/24/2012 | Dension State Bank | Check # 3068 | $ 8,556.79 | 3640 SW Fairlawn Topeka, KS 66614 | Envista xxx5619 |
| | **Dension State Bank Total** | | $ 8,556.79 | | |
| | **Grand Total** | | $ 163,941.05 | | |

LINDEMUTH, INC. Case No. 12-23055
K. DOUGLAS, INC. Case No. 12-23056
KDL, INC. Case No. 12-23057
BELLAIRRE SHOPPING CENTER, INC. Case No. 12-23058
LINDY'S INC. Case No. 12-23059
KENT & VIKKI LINDEMUTH. 12-23060

## Statement of Financial Affairs Question 4:

**a. List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)**

**12C000533**
VFC PARTNERS 8 LLC  v. LINDEMUTH INC, LINDY'S INC, KDL INC; Kent Lindemuth, Vikki Lindemuth.
Nature: Receivership
Dismissed

**11C001258**
Filed 10-31-11
UNIVERSITY NATIONAL BANK v. LINDEMUTH INC, LINDY'S INC; KDL INC; Kent Lindemuth, Vikki Lindemuth; et al.
Nature: Breach of note and foreclosure
Pending

**12CV 000136**
Filed: 2012-02-06
BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY v. LINDEMUTH INC, LINDY'S INC; KDL INC; Kent Lindemuth, Vikki Lindemuth et al.
Nature: Tax Collection
Dismissed

**12CV001247**
Filed: 2011-10-27
FH PARTNERS LLC v. LINDEMUTH INC; Kent Lindemuth, Vikki Lindemuth et al.
Nature: Receivership
Dismissed

**12 CV 001246**
COREFIRST BANK & TRUST; KAW VALLEY BANK v. LINDEMUTH INC, LINDY'S INC; KDL INC; Kent Lindemuth, Vikki Lindemuth et al.
Nature: Debt collection
Dismissed

**11C 000299**
BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY v. LINDEMUTH INC,
LINDY'S INC; KDL INC; Kent Lindemuth, Vikki Lindemuth et al.
Nature: Tax Collection
Dismissed

**12C 000667**
Craig Collins v. LINDEMUTH INC; Kent Lindemuth.
Nature: Collection
Dismissed

**12C 001086**
COOPER'S INC v. Kent Lindemuth
Nature: Contract
Pending

**12L 016018**
Kent Lindemuth; Vikki Lindemuth v. Kelly Rafferty
Nature: Debt collection and possession
Judgment entered

**09-C-1670**
KDHE v. Lindemuth
Nature: Environmental enforcement
Pending

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Kansas

| | | | |
|---|---|---|---|
| In re | Kent Lindemuth<br>Vikki Lindemuth | Case No. | **12-23060** |
| | Debtor(s) | Chapter | **11** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Accord Creditor Services<br>PO Box 10002<br>Newman, GA 30271** | **Accord Creditor Services<br>PO Box 10002<br>Newman, GA 30271** | | | **Unknown** |
| **Alliance Bank<br>3001 SW Wanamaker Rd.<br>Topeka, KS 66614** | **Alliance Bank<br>3001 SW Wanamaker Rd.<br>Topeka, KS 66614** | | | **Unknown**<br><br>**(0.00 secured)** |
| **Bank of America<br>4001 SW Huntoon<br>Topeka, KS 66604** | **Bank of America<br>4001 SW Huntoon<br>Topeka, KS 66604** | **1002 - 1004 SW<br>Randolph** | | **71,796.27**<br><br>**(Unknown secured)** |
| **Central National Bank<br>800 SE Quincy<br>Topeka, KS 66612** | **Central National Bank<br>800 SE Quincy<br>Topeka, KS 66612** | **2315 SW 10th** | | **42,493.45**<br><br>**(Unknown secured)** |
| **Central National Bank<br>800 SE Quincy<br>Topeka, KS 66612** | **Central National Bank<br>800 SE Quincy<br>Topeka, KS 66612** | **4350 NW Green<br>Hills Pl.** | | **141,001.30**<br><br>**(300,000.00 secured)** |
| **City of Topeka Utility Accounts<br>P.O. Box 3566<br>Topeka, KS 66601** | **City of Topeka Utility Accounts<br>P.O. Box 3566<br>Topeka, KS 66601** | | | **Unknown** |
| **Coopers, Inc.<br>401 SW 32nd Terr<br>Topeka, KS 66611** | **Coopers, Inc.<br>401 SW 32nd Terr<br>Topeka, KS 66611** | | | **Unknown** |
| **CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611** | **CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611** | **2221/2223 SW Belle<br>(loan 5549)** | | **79,483.33**<br><br>**(Unknown secured)** |
| **CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611** | **CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611** | **1221 SW 6th (loan<br>5549)** | | **36,636.85**<br><br>**(Unknown secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Kent Lindemuth**
     **Vikki Lindemuth**          Case No.   **12-23060**

             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **1914 N Topeka Blvd.  (loan 5549)** | | **81,967.19**<br><br>**(Unknown secured)** |
| **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **2100 SW 6th (loan 5549)** | | **46,572.27**<br><br>**(Unknown secured)** |
| **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **2110 SW 10th St. (loan 5549)** | | **50,919.01**<br><br>**(Unknown secured)** |
| **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **2120 SW 6th (loan 8637)** | | **218,010.50**<br><br>**(Unknown secured)** |
| **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **235 SW Gage  (loan 5549)** | | **558,867.19**<br><br>**(Unknown secured)** |
| **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **2601 SW 6th Ave. (loan 5549)** | | **37,257.81**<br><br>**(Unknown secured)** |
| **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **3101 SW 29th St. (loan 5549)** | | **111,773.44**<br><br>**(Unknown secured)** |
| **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **4030 SW Emland Dr. (land - 13 lots) (loan 5549)** | | **31,048.18**<br><br>**(Unknown secured)** |
| **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | **701 SW Fairlawn (loan 5549)** | | **117,983.07**<br><br>**(Unknown secured)** |
| **Kaw Valley Bank**<br>**1110 N. Kansas Ave.**<br>**Topeka, KS 66608** | **Kaw Valley Bank**<br>**1110 N. Kansas Ave.**<br>**Topeka, KS 66608** | **All properties associated with loan no. xxx0581, liens against each rolled into one loan** | | **797,588.35**<br><br>**(0.00 secured)** |
| **Robert Dean**<br>**1328 Eugene St.**<br>**Topeka, KS 66608** | **Robert Dean**<br>**1328 Eugene St.**<br>**Topeka, KS 66608** | **Dispute over storage unit and goods therein** | **Unliquidated Disputed** | **1,100.00** |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Kent Lindemuth**
        **Vikki Lindemuth**

                                        Case No.   **12-23060**
_____
              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Kent Lindemuth** and **Vikki Lindemuth**, the debtors in this case, declare under penalty of perjury that
we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **January  3, 2013**               Signature   **/s/ Kent Lindemuth**
                                                      **Kent Lindemuth**
                                                      Debtor

Date  **January  3, 2013**               Signature   **/s/ Vikki Lindemuth**
                                                      **Vikki Lindemuth**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6A (Official Form 6A) (12/07)

.

In re **Kent Lindemuth,**                Case No.     **12-23060**
      **Vikki Lindemuth,**

                                  Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2221/2223 SW Belle  (loan 5549)** | **JTWROS** | **J** | **Unknown** | **79,483.00** |
| **2315 SW 10th** | **JTWROS** | **J** | **Unknown** | **42,493.00** |
| **4350 NW Green Hills Pl., Topeka, KS 66618** | **JTWROS** | **J** | **300,000.00** | **141,001.00** |
| **1221 SW 6th  (loan 5549)** | **JTWROS** | **J** | **Unknown** | **36,637.00** |
| **2110 SW 10th St.  (loan 5549)** | **JTWROS** | **J** | **Unknown** | **50,919.00** |
| **1914 N Topeka Blvd.  (loan 5549)** | **JTWROS** | **J** | **Unknown** | **81,967.00** |
| **701 SW Fairlawn  (loan 5549)** | **JTWROS** | **J** | **Unknown** | **117,983.00** |
| **3101 SW 29th St.  (loan 5549)** | **JTWROS** | **J** | **Unknown** | **111,773.00** |
| **2601 SW 6th Ave. (loan 5549)** | **JTWROS** | **J** | **Unknown** | **37,258.00** |
| **235 SW Gage  (loan 5549)** | **JTWROS** | **J** | **Unknown** | **558,867.00** |
| **NW Redwood Dr. (land - 2 lots)  (loan 5549)** | **JTWROS** | **J** | **Unknown** | **21,113.00** |
| **4030 SW Emland Dr. (land - 13 lots)  (loan 5549)** | **JTWROS** | **J** | **Unknown** | **31,048.00** |
| **2100 SW 6th (loan 5549)** | **JTWROS** | **J** | **Unknown** | **46,572.00** |
| **2120 SW 6th (loan 8637)** | **JTWROS** | **J** | **Unknown** | **218,011.00** |
| **SE 36th St. (loan 0581)**<br>**Land - 8 lots** | **JTWROS** | **J** | **Unknown** | **Unknown** |
| **3505 SE California (loan 0581)** | **JTWROS** | **J** | **Unknown** | **Unknown** |
| **SE California Ave. (loan 0581)** | **JTWROS** | **J** | **Unknown** | **Unknown** |

                                    Sub-Total >     **300,000.00**     (Total of this page)

  **1**    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

**B6A (Official Form 6A) (12/07) - Cont.**

In re **Kent Lindemuth,**           Case No.   **12-23060**
      **Vikki Lindemuth**

                              Debtors

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **SE Illinois Ave. (loan 0581) Land - 2 lots** | **JTWROS** | **J** | **Unknown** | **Unknown** |
| **SE 36th Terr. (loan 0581)** | **JTWROS** | **J** | **Unknown** | **Unknown** |
| **SW 37th St. (loan 0581)** | **JTWROS** | **J** | **Unknown** | **797,588.00** |
| **4721 NW Green Hills Rd.; (Linwood Sub. #2 - 40 acres)** | **Fee Simple** | **H** | **Unknown** | **269,947.00** |
| **4721 NW Green Hills Rd. (house & 17 acres)** | **Fee Simple** | **H** | **Unknown** | **63,769.00** |
| **2114 SW Seabrook** | **Fee Simple** | **H** | **Unknown** | **63,982.00** |
| **740 NE 35th St. (house & 40 acres)** | **Fee Simple** | **H** | **Unknown** | **183,385.00** |
| **1002 - 1004 SW Randolph** | | **J** | **Unknown** | **71,796.27** |

                         Sub-Total >      **0.00**    (Total of this page)

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Real Property

                              Total >      **300,000.00**

                          (Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re    **Kent Lindemuth**
         **Vikki Lindemuth**                                Case No.    **12-23060**
                                       Debtor(s)

## SCHEDULE A - REAL PROPERTY
### Attachment A

**Debtor is undertaking valuation analysis and will update values as information becomes available.**

B6B (Official Form 6B) (12/07)

.

In re **Kent Lindemuth,**          Case No.   **12-23060**
       **Vikki Lindemuth,**

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | **J** | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Capital City Bank checking xxx138** | **H** | 100.00 |
| | | **Denison State Bank**<br>**Money market savings xxx623 (as of 10/3/12) - $429.51**<br>**Escrow Account for property tax xxx475 - $1024.76 (as of 3/1/12)** | **J** | 1,454.27 |
| | | **Kansas State Bank, PO Box 69, Manhattan, KS 66505-0069**<br>**Money Market xxx052 - $0.00 (as of 7/20/12)** | **H** | 0.00 |
| | | **Kaw Valley Bank, PO Box 8009, Topeka, KS 66608-0009**<br>**Lock Box Account for** | **J** | 0.00 |
| | | **Kaw Valley Bank Lockbox account, rents collected directly by lender and applied to loan, taxes, and other expenses. This may include rents from properties titled in the name of Lindemuth, Inc. case no. 12-23055 (lead case); KDL, Inc., case no. 12-23057; Lindy's Inc., case no. 12-23059; and Kent & Vikki Lindemuth as individuals, case no. 12-23060.**<br>**Lock box account Checking xxx480 (as of 11-16-12) - $41,689.83** | **J** | 41,689.83 |
| | | **Millenium Bank, 121 North Washington Street, Junction City, KS 66441-0089**<br>**Savings xxx590 - $289.23 (as of 9/30/12)** | **J** | 289.23 |
| | | **New Century Credit Union, c/o J. Tenbrink & Associates, 11272 S. Ridgeview, Olathe, KS 66061**<br>**DDA Account xxx444 - $143.74 (as of 9/30/12)** | **H** | 143.74 |
| | | **Quest Credit Union, 610 SW 10th Ave., Topeka, KS 66612-1673**<br>**Savings xxx961-1 - $185.81 (as of 9/30/12)** | **H** | 185.81 |

| | | |
|---|---|---|
| | Sub-Total > | 43,962.88 |
| | (Total of this page) | |

__4__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re  **Kent Lindemuth,**
       **Vikki Lindemuth,**

Case No. **12-23060**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | UMB Bank, n.a., PO Box 419226, Kansas City, MO 64141-6226 Checking xxx9471 - $30.92 (as of 10-22-12) | J | 30.92 |
| | | Envista Credit Union, 3626 SW Wannamaker Road, Topeka, KS 66614 share account xxx5610 - $12,585.77 (as of 11/9/12) | J | 12,585.77 |
| | | Envista Credit Union xxx989 - Used for deposit of wife's earnings from Blue Cross Blue Shield | W | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposits with various utilities. | J | Unknown |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture, desks, lamps, chairs, beds | J | 10,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous books, cds, and art, no collectibles. | J | Unknown |
| 6. Wearing apparel. | | General men and women's clothing | J | 1,000.00 |
| 7. Furs and jewelry. | | Wedding Rings ($5000) 3 gold rings, costume jewelry ($500) | J | 5,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Sub-Total >  29,116.69
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Kent Lindemuth,**
      **Vikki Lindemuth**

Case No.    **12-23060**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Blue Cross Blue Shield Retirement** | W | Unknown |
| | | **Goodyear Tire Pension Plan paying $1128.90 per month** | H | 0.00 |
| | | **Fidelity Investments 401(k) xxx675** | W | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Debtors have interests in businesses listed on SOFA question 18. Net value for all businesses is unknown.** | J | Unknown |
| | | **Lindy's Inc. 48-1182735** **Lindy's Auto Sales N/A** **Gas and Mor** **A and A Mini Storage West** **Linwood Subdivision** **K. Douglas Inc. 38-3751230** **Kent Lindemuth & Curt Cochran P'ships 20-3514729** **Insite Mediacom, LLC 65-1094819** **A&A Mini Storage South** **Allied Bailey Moving & Storage, Co., LLC** **A Donation Store, LLC** **JAYHAWK MOVING & STORAGE, INC** | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Debtor has potential claims for intercompany transfers or debts among debtors jointly administered under Lindemuth, Inc., Case. No. 12-23055, as the jointly administered debtors were managed in a affiliated manner prepetition. Analysis of the amount of these interdebtor debts is ongoing.** | - | Unknown |
| | | **At the time of filing the petition, Debtor had potential lease receivables from tenants. Analysis of the amounts and recoverability of these receivables is ongoing.** | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Kent Lindemuth,**
      **Vikki Lindemuth**

Case No.    **12-23060**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor has various insurance claims and possible causes of action in connection with these insurance claims.** | J | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Debtors have various licenses and permits in connection with operation of the Debtors businesses.** | J | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Honda Pilot, registered in name of Lindy's Auto Sales** | - | Unknown |
| | | **1996 Chevrolet Truck; registered in name of Lindy's Auto Sales** | - | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Kent Lindemuth,**
        **Vikki Lindemuth**

Case No.    **12-23060**

_____ ,
                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Hand tools, saws, office equipment including computers and desks.  Same equipment shared by all debtors jointly administered under Lindemuth, Inc. Case No. 12-23055, case nos.12-23056; 12-23057; 12-23058; 12-23059; 12-23060.  $2000 value is total for all property shared by all debtors.** | - | **0.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >       **0.00**
(Total of this page)

Total >       **73,079.57**

Sheet ___**4**___ of ___**4**___ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Kent Lindemuth,**                            Case No.   **12-23060**
        **Vikki Lindemuth**

                                   Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **4350 NW Green Hills Pl., Topeka, KS 66618** | **Kan. Stat. Ann. § 60-2301** | **300,000.00** | **300,000.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture, desks, lamps, chairs, beds** | **Kan. Stat. Ann. § 60-2304(a)** | **10,000.00** | **10,000.00** |
| **Wearing Apparel** | | | |
| **General men and women's clothing** | **Kan. Stat. Ann. § 60-2304(a)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **Wedding Rings ($5000)** | **Kan. Stat. Ann. § 60-2304(b)** | **2,000.00** | **5,500.00** |
| **3 gold rings, costume jewelry ($500)** | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Blue Cross Blue Shield Retirement** | **Kan. Stat. Ann. §§ 60-2308, 60-2313(a)(1)** | **100%** | **Unknown** |
| **Goodyear Tire Pension Plan paying $1128.90 per month** | **Kan. Stat. Ann. §§ 60-2308, 60-2313(a)(1)** | **100%** | **0.00** |
| **Fidelity Investments 401(k) xxx675** | **Kan. Stat. Ann. §§ 60-2308, 60-2313(a)(1)** | **100%** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Honda Pilot, registered in name of Lindy's Auto Sales** | **Kan. Stat. Ann. § 60-2304(c)** | **100%** | **Unknown** |
| **1996 Chevrolet Truck; registered in name of Lindy's Auto Sales** | **Kan. Stat. Ann. § 60-2304(c)** | **100%** | **Unknown** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Hand tools, saws, office equipment including computers and desks.  Same equipment shared by all debtors jointly administered under Lindemuth, Inc. Case No. 12-23055, case nos.12-23056; 12-23057; 12-23058; 12-23059; 12-23060.  $2000 value is total for all property shared by all debtors.** | **Kan. Stat. Ann.  § 60-2304(e)** | **2,000.00** | **0.00** |

                                              Total:       **315,000.00**       **316,500.00**

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

In re **Kent Lindemuth,**      Case No. **12-23060**
     **Vikki Lindemuth**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |  |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | H | W J | C |  |  |  |  |  |  |
| Account No.<br><br>**Alliance Bank**<br>**3001 SW Wanamaker Rd.**<br>**Topeka, KS 66614** |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  | Value $    **0.00** |  |  |  | **Unknown** | **0.00** |
| Account No.<br><br>**Bank of America**<br>**4001 SW Huntoon**<br>**Topeka, KS 66604** |  | J |  |  | As of 12/31/2011<br><br>1002 - 1004 SW Randolph |  |  |  |  |  |
|  |  |  |  |  | Value $    **Unknown** |  |  |  | **71,796.27** | **Unknown** |
| Account No.<br><br>**Central National Bank**<br>**800 SE Quincy**<br>**Topeka, KS 66612** |  |  |  |  | 2315 SW 10th |  |  |  |  |  |
|  |  |  |  |  | Value $    **Unknown** |  |  |  | **42,493.45** | **Unknown** |
| Account No.<br><br>**Central National Bank**<br>**800 SE Quincy**<br>**Topeka, KS 66612** |  |  |  |  | 4350 NW Green Hills Pl. |  |  |  |  |  |
|  |  |  |  |  | Value $    **300,000.00** |  |  |  | **141,001.30** | **Unknown** |

__8__ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **255,291.02** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Kent Lindemuth,**      Case No. **12-23060**
      **Vikki Lindemuth**

_____,
              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CoreFirst Bank & Trust** <br>**3035 S. Topeka Blvd.** <br>**Topeka, KS 66611** | | | **2221/2223 SW Belle  (loan 5549)** <br><br><br> Value $      **Unknown** | | | | **79,483.33** | **Unknown** |
| Account No. <br><br>**CoreFirst Bank & Trust** <br>**3035 S. Topeka Blvd.** <br>**Topeka, KS 66611** | | | **1221 SW 6th  (loan 5549)** <br><br><br> Value $      **Unknown** | | | | **36,636.85** | **Unknown** |
| Account No. <br><br>**CoreFirst Bank & Trust** <br>**3035 S. Topeka Blvd.** <br>**Topeka, KS 66611** | | | **1914 N Topeka Blvd.  (loan 5549)** <br><br><br> Value $      **Unknown** | | | | **81,967.19** | **Unknown** |
| Account No. <br><br>**CoreFirst Bank & Trust** <br>**3035 S. Topeka Blvd.** <br>**Topeka, KS 66611** | | | **2100 SW 6th (loan 5549)** <br><br><br> Value $      **Unknown** | | | | **46,572.27** | **Unknown** |
| Account No. <br><br>**CoreFirst Bank & Trust** <br>**3035 S. Topeka Blvd.** <br>**Topeka, KS 66611** | | | **2110 SW 10th St.  (loan 5549)** <br><br><br> Value $      **Unknown** | | | | **50,919.01** | **Unknown** |

Sheet **1** of **8** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal    **295,578.65**      **0.00**
(Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Kent Lindemuth,__                            Case No. __12-23060__
       __Vikki Lindemuth__

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | | | **2120 SW 6th (loan 8637)**<br><br><br>Value $          **Unknown** | | | | 218,010.50 | **Unknown** |
| Account No.<br><br>**CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | | | **235 SW Gage  (loan 5549)**<br><br><br>Value $          **Unknown** | | | | 558,867.19 | **Unknown** |
| Account No.<br><br>**CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | | | **2601 SW 6th Ave. (loan 5549)**<br><br><br>Value $          **Unknown** | | | | 37,257.81 | **Unknown** |
| Account No.<br><br>**CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | | | **3101 SW 29th St.  (loan 5549)**<br><br><br>Value $          **Unknown** | | | | 111,773.44 | **Unknown** |
| Account No.<br><br>**CoreFirst Bank & Trust**<br>**3035 S. Topeka Blvd.**<br>**Topeka, KS 66611** | | | **4030 SW Emland Dr. (land - 13 lots) (loan 5549)**<br><br><br>Value $          **Unknown** | | | | 31,048.18 | **Unknown** |

Sheet __2__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 956,957.12 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Kent Lindemuth,**     Case No.   **12-23060**
      **Vikki Lindemuth**

                                                 Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CoreFirst Bank & Trust** <br> **3035 S. Topeka Blvd.** <br> **Topeka, KS 66611** | | | **701 SW Fairlawn  (loan 5549)** <br><br><br> Value $      **Unknown** | | | | **117,983.07** | **Unknown** |
| Account No. <br><br> **CoreFirst Bank & Trust** <br> **3035 S. Topeka Blvd.** <br> **Topeka, KS 66611** | | | **NW Redwood Dr. (land - 2 lots)  (loan 5549)** <br><br><br> Value $      **Unknown** | | | | **21,112.76** | **Unknown** |
| Account No. <br><br> **CoreFirst Bank & Trust** <br> **3035 S. Topeka Blvd.** <br> **Topeka, KS 66611** | | | **list of properties listed w/ CFB&T known as participation loan** <br><br><br> Value $      **Unknown** | | | | **341,019.00** | **Unknown** |
| Account No. <br><br> **CoreFirst Bank & Trust** <br> **3035 S. Topeka Blvd.** <br> **Topeka, KS 66611** | | | **1007 SW Plass  (loan 5549)** <br><br><br> Value $      **Unknown** | | | | **1,552.41** | **Unknown** |
| Account No. <br><br> **Denison State Bank** <br> **74th St. & Hwy K-4** <br> **Meriden, KS 66512** | | | **2114 SW Seabrook** <br><br><br> Value $      **Unknown** | | | | **63,982.00** | **Unknown** |

Sheet  **3**  of  **8**  continuation sheets attached to                 Subtotal       **545,649.24**       **0.00**
Schedule of Creditors Holding Secured Claims                  (Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Kent Lindemuth,**
     **Vikki Lindemuth**

Case No.   **12-23060**

_____,
            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Denison State Bank**<br>**74th St. & Hwy K-4**<br>**Meriden, KS 66512** | | | **4721 NW Green Hills Rd. (house & 17 acres)**<br><br><br>Value $    **Unknown** | | | | **63,769.00** | **Unknown** |
| Account No. <br><br>**Denison State Bank**<br>**74th St. & Hwy K-4**<br>**Meriden, KS 66512** | | | **4721 NW Green Hills Rd.; (Linwood Sub. #2 - 40 acres)**<br><br><br>Value $    **Unknown** | | | | **269,947.00** | **Unknown** |
| Account No. <br><br>**Denison State Bank**<br>**74th St. & Hwy K-4**<br>**Meriden, KS 66512** | | | **740 NE 35th St. (house & 40 acres)**<br><br><br>Value $    **Unknown** | | | | **183,385.00** | **Unknown** |
| Account No. <br><br>**Denison State Bank**<br>**74th St. & Hwy K-4**<br>**Meriden, KS 66512** | | | **attached to all RE mortgages**<br><br><br>Value $    **Unknown** | | | | **320,234.00** | **Unknown** |
| Account No. <br><br>**Emprise Bank**<br>**1121 Wakarusa Dr.**<br>**Lawrence, KS 66049** | | | <br><br><br>Value $    **0.00** | | | | **Unknown** | **0.00** |

Sheet  **4**   of  **8**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **837,335.00** | **0.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Kent Lindemuth,**　　Case No. __**12-23060**__
**Vikki Lindemuth**

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| **First National Bank & Trust Co.** **702 N. Washington St.** **Junction City, KS 66441** | | | | | Value $　　　　　　**0.00** | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | | | |
| **Heritage Bank** **3024 SW Wanamaker Rd.** **Topeka, KS 66614** | | | | | Value $　　　　　　**0.00** | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | | | |
| **Kansas Secured Title** **901 NE River Road Ste. 200** **Topeka, KS 66616** | | | | | Value $　　　　　　**0.00** | | | | **Unknown** | **0.00** |
| Account No. | | | | | **3505 SE California (loan 0581)** | | | | | |
| **Kaw Valley Bank** **1110 N. Kansas Ave.** **Topeka, KS 66608** | | | | | Value $　　　　**Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | | |
| **Stevens & Brand L.L.P.** **515 South Kansas Ave.** **Suite 200** **Topeka, KS 66603** | | | | | **Representing:** **Kaw Valley Bank** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |

Sheet __**5**__ of __**8**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | **0.00** | **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **Kent Lindemuth,**
      **Vikki Lindemuth**

Case No.   **12-23060**

_____,
               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kaw Valley Bank**<br>**1110 N. Kansas Ave.**<br>**Topeka, KS 66608** | | | **SE 36th St.  (loan 0581) land - 8 lots**<br><br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Kaw Valley Bank**<br>**1110 N. Kansas Ave.**<br>**Topeka, KS 66608** | | | **SE California Ave. (loan 0581)**<br><br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Kaw Valley Bank**<br>**1110 N. Kansas Ave.**<br>**Topeka, KS 66608** | | | **SE Illinois Ave. (loan 0581); land - 2 lots**<br><br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Kaw Valley Bank**<br>**1110 N. Kansas Ave.**<br>**Topeka, KS 66608** | | | **SW 37th St. (loan 0581)**<br><br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Kaw Valley Bank**<br>**1110 N. Kansas Ave.**<br>**Topeka, KS 66608** | | J | **Mortgage**<br><br>**All properties associated with loan no. xxx0581, liens against each rolled into one loan**<br>Value $     **0.00** | | | | **797,588.35** | **797,588.35** |

Sheet  **6**  of  **8**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    **797,588.35**    **797,588.35**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Kent Lindemuth,**     Case No. __**12-23060**__
       **Vikki Lindemuth**

_____,
              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Landmark National Bank** <br> **6010 SW 6th Ave.** <br> **Topeka, KS 66615** | | | <br><br><br> Value $       **0.00** | | | | **Unknown** | **0.00** |
| Account No. <br><br> **Millennium Bank** <br> **121 North Washington St.** <br> **Junction City, KS 66441** | | | <br><br><br> Value $       **0.00** | | | | **Unknown** | **0.00** |
| Account No. <br><br> **Security 1st Title** <br> **3515 N. Ridge Rd. Ste. 200** <br> **Wichita, KS 67205** | | | <br><br><br> Value $       **0.00** | | | | **Unknown** | **0.00** |
| Account No. <br><br> **StanCorp Mortgage Investors, LLC** <br> **19225 NW Tanasbourne Dr. 3rd Floor** <br> **Hillsboro, OR 97124** | | | <br><br><br> Value $       **0.00** | | | | **Unknown** | **0.00** |
| Account No. <br><br> **Topeka Escrow Service** <br> **1415 SW Topeka Blvd.** <br> **Topeka, KS 66612** | | | <br><br><br> Value $       **0.00** | | | | **Unknown** | **0.00** |

Sheet __**7**__ of __**8**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal       **0.00**       **0.00**
(Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com       Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Kent Lindemuth,**
    **Vikki Lindemuth**

Case No.   **12-23060**

                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **UMB Bank** 2100 SE 29th St. Topeka, KS 66605 | | | Value $     0.00 | | | | Unknown | Unknown |
| Account No. **Vision Bank** 3031 SW Wanamaker Topeka, KS 66614 | | | Value $     0.00 | | | | Unknown | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **8** of **8** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 3,688,399.38 | 797,588.35 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com         Best Case Bankruptcy

In re   **Kent Lindemuth,**
        **Vikki Lindemuth**

Case No. ___**12-23060**___

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**   continuation sheets attached

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Kent Lindemuth,**          Case No.    **12-23060**
        **Vikki Lindemuth**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Accord Creditor Services** <br>**PO Box 10002** <br>**Newman, GA 30271** | | | | | | | **Unknown** |
| Account No. <br><br>**City of Topeka Utility Accounts** <br>**P.O. Box 3566** <br>**Topeka, KS 66601** | | | | | | | **Unknown** |
| Account No. <br><br>**Coopers, Inc.** <br>**401 SW 32nd Terr** <br>**Topeka, KS 66611** | | | | | | | **Unknown** |
| Account No. <br><br>**D Hoover Construction Co.** <br>**2700 SE 45th** <br>**Topeka, KS 66609** | | | | | | | **Unknown** |

   __4__    continuation sheets attached                                 Subtotal (Total of this page)      **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com             S/N:35814-121221    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kent Lindemuth,**    Case No.   **12-23060**
        **Vikki Lindemuth**

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Douglas County Treasurer 1100 Massachusetts St. 1st level Lawrence, KS 66044** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Geary County Treasurer 200 E. 8th Junction City, KS 66441** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Green Western, LLC 1415 SW Topeka Blvd. Topeka, KS 66612** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **H. Kent Hollins Law Office PO Box 4586 Topeka, KS 66604** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Jayhawk Fire Sprinkler Co, Inc. 110 NE Gordon Topeka, KS 66608** | | | | | | | | **Unknown** |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re    **Kent Lindemuth,**
         **Vikki Lindemuth**                                        Case No. ___**12-23060**___

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **KS Commercial Real Estate Services, Inc.** **4125 SW Gage Center Dr. Ste. 200** **Topeka, KS 66607** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **L & LD Construction** **903 NE 46th St.** **Topeka, KS 66617** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Lesser Electric, Inc.** **315 NW Laurent** **Topeka, KS 66608** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Lyon County Treasurer** **430 Commercial St.** **Emporia, KS 66801** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mark's Overhead Door Service** **7321 NW 39th St.** **Silver Lake, KS 66539** | | | | | | | | **Unknown** |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

In re    **Kent Lindemuth,**
        **Vikki Lindemuth**

Case No.    **12-23060**
_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Met-Con Products, Inc. 4110 SW Topeka Ave. Topeka, KS 66609 | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Mundy & Sons Roofing 2500 SE Faxon Topeka, KS 66605 | | | | | | | | Unknown |
| Account No. | | | | Dispute over storage unit and goods therein | | | | |
| Robert Dean 1328 Eugene St. Topeka, KS 66608 | J | | | | | X | X | 1,100.00 |
| Account No. | | | | | | | | |
| Samco, Inc. 3840 NW 14th Ste. C Topeka, KS 66618 | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Shawnee County Treasurer 200 SE 7th Room 101 Topeka, KS 66603 | | | | | | | | Unknown |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,100.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re **Kent Lindemuth,**
**Vikki Lindemuth**

Case No. **12-23060**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Swinnen & Associates 921 SW Topeka Blvd. Topeka, KS 66612** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **The Cincinnati Insurance Company PO Box 145620 Cincinnati, OH 45250-5620** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **1,100.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re **Kent Lindemuth,**             Case No.     __12-23060__
       **Vikki Lindemuth**

_____ ,
                  Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Various** | **Debtor owns commercial rental properties and is landlord to many parties under various leases and contracts for deed. Debtor is undertaking a global analysis of all leases and will update list of leases and counter parties when finished. Debtors have various executory contracts with parties for the management, leasing and brokering of real properties and other services associated with Debtor's business (including KS Commercial Real Estate Services, LLC).** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Kent Lindemuth,**           Case No.    __12-23060__
       **Vikki Lindemuth**

                                     Debtors

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Various** <br>    **Various jointly administered debtor entities are closely related and many cross-guarantees exist. Debtors Lindemuth, Inc. case no. 12-23055 (lead case); K. Douglas, Inc., case no. 12-23056; KDL, Inc., case no. 12-23057; Bellairre Shopping Center, Inc., case no. 12-23058; Lindy's Inc., case no. 12-23059; and Kent & Vikki Lindemuth as individuals, case no. 12-23060 have likely guaranteed numerous debts for other jointly administered debtors.** | **Various** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6I (Official Form 6I) (12/07)**

In re     **Kent Lindemuth**
         **Vikki Lindemuth**                       Case No.   **12-23060**

                                Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager of Rental Properties** | **Administration** |
| Name of Employer | **Self employed** | **Blue Cross Blue Shield of Kansas** |
| How long employed | **Decades** | **over 30 years** |
| Address of Employer | | **1133 SW Topeka Blvd**<br>**Topeka, KS 66629** |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 0.00 | $ 6,345.73 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 6,345.73 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 984.34 |
|     b. Insurance | $ 0.00 | $ 299.48 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify):     **401(k)** | $ 0.00 | $ 1,269.15 |
|                   **CAREPAC of Kansas** | $ 0.00 | $ 8.67 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 2,561.64 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 3,784.09 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 1,128.90 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,128.90 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,128.90 | $ 3,784.09 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,912.99 | |

                                  (Report also on Summary of Schedules and, if applicable, on<br>
                                  Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
      **Kent Lindemuth does not currently get a formal salary for his real estate activities.**

B6J (Official Form 6J) (12/07)

In re **Kent Lindemuth**  **Vikki Lindemuth** Case No. **12-23060**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,552.90 |
| a. Are real estate taxes included? | Yes ___ No **X** | | |
| b. Is property insurance included? | Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 295.00 |
| b. Water and sewer | | $ | 30.00 |
| c. Telephone | | $ | 45.00 |
| d. Other **Other** | | $ | 460.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 600.00 |
| 4. Food | | $ | 1,100.00 |
| 5. Clothing | | $ | 300.00 |
| 6. Laundry and dry cleaning | | $ | 75.00 |
| 7. Medical and dental expenses | | $ | 175.00 |
| 8. Transportation (not including car payments) | | $ | 1,200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 150.00 |
| 10. Charitable contributions | | $ | 145.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 271.00 |
| b. Life | | $ | 683.00 |
| c. Health | | $ | 600.00 |
| d. Auto | | $ | 500.00 |
| e. Other **Long term care** | | $ | 336.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,517.90 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. | Average monthly income from Line 15 of Schedule I | $ | 4,912.99 |
| b. | Average monthly expenses from Line 18 above | $ | 8,517.90 |
| c. | Monthly net income (a. minus b.) | $ | -3,604.91 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Kansas

In re    **Kent Lindemuth,**
        **Vikki Lindemuth**

Case No.    **12-23060**

Debtors

Chapter     **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 300,000.00 | | |
| B - Personal Property | Yes | 5 | 73,079.57 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 9 | | 3,688,399.38 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 1,100.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,912.99 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 8,517.90 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 373,079.57 | | |
| Total Liabilities | | | | 3,689,499.38 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re   **Kent Lindemuth,**
          **Vikki Lindemuth**

                    Debtors

Case No.   **12-23060**

Chapter        **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,912.99 |
| Average Expenses (from Schedule J, Line 18) | 8,517.90 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,474.63 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 797,588.35 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,100.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 798,688.35 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Kansas

In re    **Kent Lindemuth**
        **Vikki Lindemuth**                                      Case No.    **12-23060**

                                         Debtor(s)                    Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**30**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January  3, 2013**               Signature    **/s/ Kent Lindemuth**
                                                      **Kent Lindemuth**
                                                      Debtor

Date   **January  3, 2013**               Signature    **/s/ Vikki Lindemuth**
                                                      **Vikki Lindemuth**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Accord Creditor Services
PO Box 10002
Newman GA 30271


Alliance Bank
3001 SW Wanamaker Rd.
Topeka KS 66614


Bank of America
4001 SW Huntoon
Topeka KS 66604


Central National Bank
800 SE Quincy
Topeka KS 66612


City of Topeka Utility Accounts
P.O. Box 3566
Topeka KS 66601


Coopers, Inc.
401 SW 32nd Terr
Topeka KS 66611


CoreFirst Bank & Trust
3035 S. Topeka Blvd.
Topeka KS 66611


D Hoover Construction Co.
2700 SE 45th
Topeka KS 66609


Denison State Bank
74th St. & Hwy K-4
Meriden KS 66512


Douglas County Treasurer
1100 Massachusetts St. 1st level
Lawrence KS 66044


Emprise Bank
1121 Wakarusa Dr.
Lawrence KS 66049

First National Bank & Trust Co.
702 N. Washington St.
Junction City KS 66441


Geary County Treasurer
200 E. 8th
Junction City KS 66441


Green Western, LLC
1415 SW Topeka Blvd.
Topeka KS 66612


H. Kent Hollins Law Office
PO Box 4586
Topeka KS 66604


Heritage Bank
3024 SW Wanamaker Rd.
Topeka KS 66614


Jayhawk Fire Sprinkler Co, Inc.
110 NE Gordon
Topeka KS 66608


Kansas Secured Title
901 NE River Road Ste. 200
Topeka KS 66616


Kaw Valley Bank
1110 N. Kansas Ave.
Topeka KS 66608


KS Commercial Real Estate Services, Inc.
4125 SW Gage Center Dr. Ste. 200
Topeka KS 66607


L & LD Construction
903 NE 46th St.
Topeka KS 66617


Landmark National Bank
6010 SW 6th Ave.
Topeka KS 66615

Lesser Electric, Inc.
315 NW Laurent
Topeka KS 66608


Lyon County Treasurer
430 Commercial St.
Emporia KS 66801


Mark's Overhead Door Service
7321 NW 39th St.
Silver Lake KS 66539


Met-Con Products, Inc.
4110 SW Topeka Ave.
Topeka KS 66609


Millennium Bank
121 North Washington St.
Junction City KS 66441


Mundy & Sons Roofing
2500 SE Faxon
Topeka KS 66605


Robert Dean
1328 Eugene St.
Topeka KS 66608


Samco, Inc.
3840 NW 14th Ste. C
Topeka KS 66618


Security 1st Title
3515 N. Ridge Rd. Ste. 200
Wichita KS 67205


Shawnee County Treasurer
200 SE 7th Room 101
Topeka KS 66603


StanCorp Mortgage Investors, LLC
19225 NW Tanasbourne Dr. 3rd Floor
Hillsboro OR 97124

Stevens & Brand L.L.P.
515 South Kansas Ave.
Suite 200
Topeka KS 66603


Swinnen & Associates
921 SW Topeka Blvd.
Topeka KS 66612


The Cincinnati Insurance Company
PO Box 145620
Cincinnati OH 45250-5620


Topeka Escrow Service
1415 SW Topeka Blvd.
Topeka KS 66612


UMB Bank
2100 SE 29th St.
Topeka KS 66605


Vision Bank
3031 SW Wanamaker
Topeka KS 66614

# United States Bankruptcy Court
## District of Kansas

In re    **Kent Lindemuth**
**Vikki Lindemuth**

Case No.    **12-23060**

Chapter    **11**

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **January 3, 2013**      **/s/ Kent Lindemuth**

**Kent Lindemuth**
Signature of Debtor

Date:    **January 3, 2013**      **/s/ Vikki Lindemuth**

**Vikki Lindemuth**
Signature of Debtor

In re **Kent Lindemuth**
**Vikki Lindemuth**
_____
Debtor(s)

Case Number: **12-23060**
_____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| | **Part I. CALCULATION OF CURRENT MONTHLY INCOME** | | | | |
|---|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | | **Column A**<br>Debtor's<br>Income | **Column B**<br>Spouse's<br>Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | | $          0.00 | $     6,345.73 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero. | | | | |
| | | | Debtor | Spouse | |
| | a. | Gross receipts | $          0.00 | $          0.00 | |
| | b. | Ordinary and necessary business expenses | $          0.00 | $          0.00 | |
| | c. | Business income | Subtract Line b from Line a | $          0.00 | $          0.00 |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero. | | | | |
| | | | Debtor | Spouse | |
| | a. | Gross receipts | $          0.00 | $          0.00 | |
| | b. | Ordinary and necessary operating expenses | $          0.00 | $          0.00 | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $          0.00 | $          0.00 |
| 5 | **Interest, dividends, and royalties.** | | | $          0.00 | $          0.00 |
| 6 | **Pension and retirement income.** | | | $     1,128.90 | $          0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | | $          0.00 | $          0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $     0.00 | Spouse $     0.00 | $          0.00 | $          0.00 |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
| | | | Debtor | Spouse | |
| | a. | | $ | $ | |
| | b. | | $ | $ | $          0.00 | $          0.00 |

| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | $ **1,128.90** | $ **6,345.73** |
|---|---|---|---|
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | $ **7,474.63** |

| | **Part II. VERIFICATION** |
|---|---|

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date:    __January  3, 2013__      Signature: **/s/ Kent Lindemuth**

                                                        **Kent Lindemuth**

                                                          (Debtor)

Date:    __January  3, 2013__      Signature   **/s/ Vikki Lindemuth**

                                                          **Vikki Lindemuth**

                                                      (Joint Debtor, if any)

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **05/01/2012** to **10/31/2012**.

**Line 6 - Pension and retirement income**
Source of Income: **Pension**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **05/2012** | **$1,128.90** |
| 5 Months Ago: | **06/2012** | **$1,128.90** |
| 4 Months Ago: | **07/2012** | **$1,128.90** |
| 3 Months Ago: | **08/2012** | **$1,128.90** |
| 2 Months Ago: | **09/2012** | **$1,128.90** |
| Last Month: | **10/2012** | **$1,128.90** |
| | Average per month: | **$1,128.90** |

1/03/13  8:22PM

# Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **05/01/2012** to **10/31/2012**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Wages**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **05/2012** | **$6,345.73** |
| 5 Months Ago: | **06/2012** | **$6,345.73** |
| 4 Months Ago: | **07/2012** | **$6,345.73** |
| 3 Months Ago: | **08/2012** | **$6,345.73** |
| 2 Months Ago: | **09/2012** | **$6,345.73** |
| Last Month: | **10/2012** | **$6,345.73** |
| | Average per month: | **$6,345.73** |