# EXHIBIT A
# PREPETITION LENDERS' LIENS/MORTGAGES

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Lindemuth, Inc. | 823, 829, 841 N. Kansas (loan 9840) | Alliance Bank<br>3001 SW Wanamaker Rd.<br>Topeka, KS 66614<br>785-271-1800 |
| Lindemuth, Inc. | 420 SW 33rd (loan 9840) | Alliance Bank<br>3001 SW Wanamaker Rd.<br>Topeka, KS 66614<br>785-271-1800 |
| Lindemuth, Inc. | 1213 SE California (loan 9840) | Alliance Bank<br>3001 SW Wanamaker Rd.<br>Topeka, KS 66614<br>785-271-18000 |
| Lindemuth, Inc. | 2746 SW Fairlawn | Alliance Bank<br>3001 SW Wanamaker Rd.<br>Topeka, KS 66614<br>785-271-1800 |
| Lindemuth, Inc. | 2800 SW Fairlawn | Alliance Bank<br>3001 SW Wanamaker Rd.<br>Topeka, KS 66614<br>785-271-1800 |
| Kent & Vikki & Shannon Lindemuth | 2315 SW 10th | Central National Bank<br>800 SE Quincy<br>Topeka, KS 66612<br>785-231-1412 |
| Kent & Vikki Lindemuth | 4350 NW Green Hills Pl. | Central National Bank<br>800 SE Quincy<br>Topeka, KS 66612<br>785-231-1412 |
| Lindemuth, Inc. | 905/907 SW 37th | Central National Bank<br>800 SE Quincy<br>Topeka, KS 66612<br>785-231-1412 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Lindemuth, Inc. | 2251 SW 10th | Central National Bank<br>800 SE Quincy<br>Topeka, KS 66612<br>785-231-1412 |
| KDL, Inc. | 1917-2031 SW Gage (aka Seabrook Shopping Center) (loan 2121) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 2727-2835 SW Wanamaker/6020 SW 29th (aka Villa West Shopping Center) (loan 2121) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 3740 SE South Park Ave (loan 2121) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| KDL, Inc. | 520 NW Elm Row (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| KDL, Inc. | 2055 SW Clay (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Kent & Vikki & Angela Lindemuth | 2221/2223 SW Belle (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Kent & Vikki Lindemuth | 1221 SW 6th (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Kent & Vikki Lindemuth | 2110 SW 10th St. (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Kent & Vikki Lindemuth | 1914 N Topeka Blvd. (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Kent & Vikki Lindemuth | 701 SW Fairlawn  (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Kent & Vikki Lindemuth | 3101 SW 29th St.  (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Kent & Vikki Lindemuth | 2601 SW 6th Ave. (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Kent & Vikki Lindemuth | 235 SW Gage  (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Kent & Vikki Lindemuth | 2100 SW 6th (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 500 SW 6th/ 531 Topeka Blvd. (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 2318 SW 10th Ave.  (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 115 E Young St. Warrensburg, MO (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | SW Plaza Dr.  (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 801 SW 21st  (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Lindemuth, Inc. | 1005 SW 6th  (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 1728 NE Seward  (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Kent & Vikki Lindemuth | 4030 SW Emland Dr. (land - 13 lots) (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Kent & Vikki Lindemuth | NW Redwood Dr. (land - 2 lots) (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Shannon Lindemuth | 1007 SW Plass  (loan 5549) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Bellairre Shopping Center, Inc. | 3601 SW Topeka Blvd  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Bellairre Shopping Center, Inc. | 3519 SW Topeka Blvd  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Bellairre Shopping Center, Inc. | 3301 SW Topeka Blvd  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Bellairre Shopping Center, Inc. | 3501 SW Topeka Blvd  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Bellairre Shopping Center, Inc. | 813 SW Croix  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Bellairre Shopping Center, Inc. | 3343 SW Topeka Blvd (strip center w/ mult. Tenants) (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Bellairre Shopping Center, Inc. | 819 SW Croix  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| KDL, Inc. | 5001-5123 SW 29th St (aka Indian Hills Shopping Center)  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| KDL, Inc. | 5011 SW 29th St (part of Indian Hills Shopping Center)  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| KDL, Inc. | 3100-3156 SE 6th (aka Deer Creek Shopping Center)  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Kent & Vikki Lindemuth | 2120 SW 6th (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 1820 SE 29th  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 4014 SW Topeka Blvd  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 1936 SW Gage Blvd (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 5621 SW 21st St.  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Lindemuth, Inc. | 1020 NW Topeka Blvd (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 240 SW Gage Blvd (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 1009 SW 6th Ave (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 125 SW Gage Blvd (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 823 SW Topeka Blvd (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 1611 SE 29th St (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 2833 SW Fairlawn (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 3230 SW Topeka Blvd | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 801 SW 6th Ave (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 2600 SW 17th St (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Lindemuth, Inc. | 1319 SW Huntoon St  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 2500 SE California Ave  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 1710-20 SW Topeka Blvd  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 1700 SW Fairlawn  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 1700 SW Washburn Ave  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 1947 NW Topeka Blvd & 501 NW Independence  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 416  SW 57th St  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 1710 SW 10th St.  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 5709 SW 21st St.  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 5711 SW 21st St.  (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Lindemuth, Inc. | 4700-04 SW Topeka Blvd (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 929 SW Garfield (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 7 Vacant Res. Lots Emporia, KS (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | E. 12th Ave & Mary St. Emporia, KS (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | E. 12th Ave 1.7 acres Emporia, KS (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 923 Commercial St. Emporia, KS (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| Lindemuth, Inc. | 520 W 6th Ave Emporia, KS (loan 8637) | CoreFirst Bank & Trust<br>3035 S. Topeka Blvd.<br>Topeka, KS 66611<br>785-267-8773 |
| KDL, Inc. | 3200 S. Kansas & 122 SE 31st St. | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| KDL, Inc. | 210-240 SE 29th St. | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| KDL, Inc. | 250 SE 29th St. | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| KDL, Inc. | 200 SE 29th St. | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| KDL, Inc. | 200 & 225 SW Jackson St. | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| Kent Lindemuth | 4721 NW Green Hills Rd.; (Linwood Sub. #2 - 40 acres) | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| Kent Lindemuth | 4721 NW Green Hills Rd. (house & 17 acres) | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| Kent Lindemuth | 2114 SW Seabrook | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| Kent Lindemuth | 740 NE 35th St. (house & 40 acres) | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| Lindemuth, Inc. | 21st & Gage Strip Center (4006-4016 SW 21st St.) | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| Lindemuth, Inc. | 4600 SW Topeka Blvd. (2.37 acre comm'l lot) | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| Lindemuth, Inc. | 2031 SW Mission Ave. | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| Lindemuth, Inc. | 1401-1409 NW Topeka Blvd. | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Lindemuth, Inc. | 2835 SW Fairlawn Rd. | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| Lindemuth, Inc. | now 235 S. Kansas Ave. (former loan on 3508 SE 21st St. - building sold on 02/2008) | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| Lindemuth, Inc. | 400 SW 33rd St. | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| Lindemuth, Inc. | 235 S. Kansas Ave. | Denison State Bank<br>74th St. & Hwy K-4<br>Meriden, KS 66512<br>785-484-3322 |
| KDL, Inc. | 2915 W. 15th Emporia, KS | Emprise Bank<br>1121 Wakarusa Dr.<br>Lawrence, KS 66049<br>785-832-2001 |
| KDL, Inc. | 2447 W. 6th Lawrence, KS | Emprise Bank<br>1121 Wakarusa Dr.<br>Lawrence, KS 66049<br>785-832-2001 |
| Lindemuth, Inc. | 5801 SW 21st | Emprise Bank<br>1121 Wakarusa Dr.<br>Lawrence, KS 66049<br>785-832-2001 |
| KDL, Inc. | White Lakes Mall (loan 5486) & Line of credit | First National Bank & Trust Co.<br>702 N. Washington St, PO Box 348<br>Junction City, KS 66441<br>800-762-4121 |
| Lindemuth, Inc. | 322 W. 6th Junction City, KS (loan 5478) | First National Bank & Trust Co.<br>702 N. Washington St, PO Box 348<br>Junction City, KS 66441<br>800-762-4121 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Lindemuth, Inc. | 741 W. 6th Junction City, KS (loan 5478) | First National Bank & Trust Co.<br>702 N. Washington St, PO Box 348<br>Junction City, KS 66441<br>800-762-4121 |
| Lindemuth, Inc. | 911 N. Jefferson Junction City, KS (loan 5478) | First National Bank & Trust Co.<br>702 N. Washington St, PO Box 348<br>Junction City, KS 66441<br>800-762-4121 |
| Lindemuth, Inc. | 112 & 116 SE Monroe (loan 5478) | First National Bank & Trust Co.<br>702 N. Washington St, PO Box 348<br>Junction City, KS 66441<br>800-762-4121 |
| Lindemuth, Inc. | 3120 S. Kansas Ave. (loan 5478) | First National Bank & Trust Co.<br>702 N. Washington St, PO Box 348<br>Junction City, KS 66441<br>800-762-4121 |
| Lindy's, Inc. | 715 SW Harrison (loan 5478) | First National Bank & Trust Co.<br>702 N. Washington St, PO Box 348<br>Junction City, KS 66441<br>800-762-4121 |
| Lindy's, Inc. | 1901 SW 10th (loan 5478) | First National Bank & Trust Co.<br>702 N. Washington St, PO Box 348<br>Junction City, KS 66441<br>800-762-4121 |
| | loan (5494) for multiple properties for back due RE taxes pd. | First National Bank & Trust Co.<br>702 N. Washington St, PO Box 348<br>Junction City, KS 66441<br>800-762-4121 |
| | loan (5502) for multiple properties for back due RE taxes pd. | First National Bank & Trust Co.<br>702 N. Washington St, PO Box 348<br>Junction City, KS 66441<br>800-762-4121 |
| Lindemuth, Inc. | 801 SW Topeka Blvd. (loan 6270) | Heritage Bank<br>3024 SW Wanamaker Rd.<br>Topeka, KS 66614<br>785-440-2200 |
| Lindemuth, Inc. | 4008 NW 14th (loan 6270) | Heritage Bank<br>3024 SW Wanamaker Rd.<br>Topeka, KS 66614<br>785-440-2200 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Lindemuth, Inc. | 3044 SE 6th (loan 6270) | Heritage Bank<br>3024 SW Wanamaker Rd.<br>Topeka, KS 66614<br>785-440-2200 |
| Lindemuth, Inc. | NW Moundview - land (loan 6270) | Heritage Bank<br>3024 SW Wanamaker Rd.<br>Topeka, KS 66614<br>785-440-2200 |
| Lindemuth, Inc. | 2926 SW 10th (loan 6270) | Heritage Bank<br>3024 SW Wanamaker Rd.<br>Topeka, KS 66614<br>785-440-2200 |
| Lindemuth, Inc. | 2307 SW 10th | Kansas Secured Title<br>901 NE River Road, Ste. 200<br>Topeka, KS 66616<br>785-232-9349 |
| Lindemuth, Inc. | 3400 SW Van Buren & 205 W. 17th Ottawa, KS | Kansas Secured Title<br>901 NE River Road, Ste. 200<br>Topeka, KS 66616<br>785-232-9349 |
| Lindemuth, Inc. | 1301 SW Gage Blvd. | Kansas Secured Title<br>901 NE River Road, Ste. 200<br>Topeka, KS 66616<br>785-232-9349 |
| Lindemuth, Inc. | 706 E. 23rd St. Lawrence, KS | Kansas Secured Title<br>901 NE River Road, Ste. 200<br>Topeka, KS 66616<br>785-232-9349 |
| | see list of properties listed w/ CFB&T known as participation loan | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | 3760 SE South Park Ave. (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| KDL, Inc. | 4614 SW Topeka Blvd. (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | SW Fairlawn Rd. (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | 5265 SW 28th Ct. (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | 5235 SW 28th Ct. (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | 5243 SW 28th Ct. (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | 5247 SW 28th Ct. (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | 5111 NW US 24 Hwy. (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | 110 SW 29th St. (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | 821 SW 6th (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | 520 NW Independence Ave. (loan 0582?) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| KDL, Inc. | 813 SW 6th (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | 2119 SW Gage (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | 115 SE 10th Ave. (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc.? | 5820 SW 27th St. (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| KDL, Inc. | NW Fielding Rd. (loan 0582) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | SE 36th St. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | SE 36th St. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | SE 36th St. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | SE 36th St. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | SE 36th St. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Kent & Vikki Lindemuth | SE 36th St. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | SE 36th St. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | SE 36th St. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | 3505 SE California (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | SE California Ave. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | SE Illinois Ave. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | SE Illinois Ave. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | SE 36th St. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Kent & Vikki Lindemuth | SW 37th St. (loan 0581) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 635 NW US 24 Hwy. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Lindemuth, Inc. | NW Lyman Rd. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 1001 NW Central Ave. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 425 SW 30th St. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 2121 SW Belle Ave. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 3258 SW Topeka Blvd. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 1101 S. Kansas Ave. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 2949 S. Kansas Ave. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 605 S. Kansas Ave. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 607 S. Kansas Ave. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 712 SW 6th Ave. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| Lindemuth, Inc. | SW Taylor St. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 906 S. Kansas Ave. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 2942 SW Wanamaker Dr. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 320 SW Croix (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 605 & 609 SW 6th Ave. (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 2306 SW 10th (loan 0583) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 511 SW Topeka Blvd. (loan 2401) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindemuth, Inc. | 5200 SW 21st St. (loan 2401) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| Lindy's, Inc. | 2501 SE California Ave. (loan 0579) | Kaw Valley Bank<br>1110 N. Kansas Ave., PO Box 8009<br>Topeka, KS 66608<br>785-295-9047 |
| K. Douglas, Inc. | 2831 SW Fairlawn Rd. | Landmark National Bank<br>6010 SW 6th Ave.<br>Topeka, KS 66615<br>785-273-3303 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| KDL, Inc. | 1217-1221 S. Kansas Ave. | Landmark National Bank<br>6010 SW 6th Ave.<br>Topeka, KS 66615<br>785-273-3303 |
| KDL, Inc. | 405 SE 10th | Landmark National Bank<br>6010 SW 6th Ave.<br>Topeka, KS 66615<br>785-273-3303 |
| KDL, Inc. | 901 & 923 SW Fairlawn Rd. | Landmark National Bank<br>6010 SW 6th Ave.<br>Topeka, KS 66615<br>785-273-3303 |
| KDL, Inc. | 809 Levee Dr. Manhattan, KS | Landmark National Bank<br>6010 SW 6th Ave.<br>Topeka, KS 66615<br>785-273-3303 |
| Lindemuth, Inc. | 4810-4830 SW Topeka Blvd | Landmark National Bank<br>6010 SW 6th Ave.<br>Topeka, KS 66615<br>785-273-3303 |
| Kent & Vikki Lindemuth | 2201 SW 6th, Topeka, KS | Landmark National Bank<br>6010 SW 6th Ave.<br>Topeka, KS 66615<br>785-273-3303 |
| Kent & Vikki Lindemuth | 2318 SW 10th, Topeka, KS | Landmark National Bank<br>6010 SW 6th Ave.<br>Topeka, KS 66615<br>785-273-3303 |
| KDL, Inc. | 419 W. 6th Junction City, KS | Millennium Bank<br>121 North Washington St<br>Junction City, KS 66441<br>785-761-2265 |
| KDL, Inc. | 831 W. 6th Emporia, KS | Millennium Bank<br>121 North Washington St<br>Junction City, KS 66441<br>785-761-2265 |
| KDL, Inc. | 420 SW Croix | Millennium Bank<br>121 North Washington St<br>Junction City, KS 66441<br>785-761-2265 |

| Corporation: | Property Address: | Name of Lender: |
|---|---|---|
| | 3300 SW 29th | Security 1st Title<br>3515 N. Ridge Rd. Ste. 200<br>Wichita, KS 67205<br>316-293-1694 |
| KDL, Inc. | 4117 SW Huntoon aka Gage Shopping Center | StanCorp Mortgage Investors, LLC<br>19225 NW Tanasbourne Dr., 3rd Fl<br>Hillsboro, OR 97124<br>971-321-6100 |
| Lindemuth, Inc. | 901 SW 37th | Topeka Escrow Service<br>1415 SW Topeka Blvd.<br>Topeka, KS 66612<br>785-357-7112 |
| | 520 NW Independence - land | Topeka Escrow Service<br>1415 SW Topeka Blvd.<br>Topeka, KS 66612<br>785-357-7112 |
| KDL, Inc. | 2031 SW Moundview Dr. | Topeka Escrow Service<br>1415 SW Topeka Blvd.<br>Topeka, KS 66612<br>785-357-7112 |
| KDL, Inc. | 5701 SW 21st St. | Topeka Escrow Service<br>1415 SW Topeka Blvd.<br>Topeka, KS 66612<br>785-357-7112 |
| Lindemuth, Inc. | 323 SW 5th aka 500 SW Harrison | UMB Bank<br>2100 SE 29th St.<br>Topeka, KS 66605<br>785-266-8521 |
| | 1107 SW 6th aka 609 SW Clay | UMB Bank<br>2100 SE 29th St.<br>Topeka, KS 66605<br>785-266-8521 |

| **Corporation:** | **Property Address:** | **Name of Lender:** |
|---|---|---|
| Lindemuth, Inc. | 1103 SW 21st St. | Vision Bank<br>3031 SW Wanamaker<br>Topeka, KS 66614<br>785-357-4669 |
| | 1717 W. 6th Lawrence, KS | Vision Bank<br>3031 SW Wanamaker<br>Topeka, KS 66614<br>785-357-4669 |
| KDL, Inc. | 821 SW 21st | Vision Bank<br>3031 SW Wanamaker<br>Topeka, KS 66614<br>785-357-4669 |
| Lindemuth, Inc. | 1606 W. 23rd St. Lawrence, KS | Vision Bank<br>3031 SW Wanamaker<br>Topeka, KS 66614<br>785-357-4669 |