| | Jan 13 | Feb 13 | Mar 13 | Apr 13 | May 13 | Jun 13 |
|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | |
| **Total Income** | 573,656.23 | 561,007.23 | 563,988.23 | 573,989.23 | 573,990.23 | 572,691.23 |
| **Cost of Goods Sold** | | | | | | |
| **CAM Expenses** | | | | | | |
| (CAM) Electric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CAM) Gas | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CAM) Property Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CAM) Real Estate / PP Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CAM) Water/Sewer/ST/FP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAM Expenses - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total CAM Expenses** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Improvements** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Lease Commissions** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Maintenance** | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 |
| **Reimbursed Expenses** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Security Contracts** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **50000 · Cost of Goods Sold** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **52000 · Property Utilities** | | | | | | |
| 52100 · (Property) Electric Utility | 8,437.60 | 9,454.00 | 8,793.46 | 7,894.33 | 7,577.19 | 7,403.68 |
| 52200 · (Property) Gas Utility | 4,692.42 | 5,696.95 | 5,062.32 | 3,454.31 | 754.60 | 590.13 |
| 52300 · (Property) Water/Sewer/ST/FP | 3,554.88 | 3,319.64 | 3,424.77 | 3,118.93 | 3,513.61 | 3,164.14 |
| 52000 · Property Utilities - Other | 0.00 | 15,905.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 52000 · Property Utilities** | 16,684.90 | 34,375.59 | 17,280.55 | 14,467.57 | 11,845.40 | 11,157.95 |
| **53000 · Property Insurance & Tax** | | | | | | |
| 53100 · (Property) Property Insurance | 202.01 | 202.01 | 202.01 | 5,117.01 | 202.01 | 202.01 |
| 53200 · (Property) Real Estate/PP Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 53201 · Refunds of Real Estate/PP Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 53200 · (Property) Real Estate/PP Taxes - Other | 185,287.09 | 185,287.09 | 185,287.09 | 185,287.09 | 185,287.09 | 185,287.09 |
| Total 53200 · (Property) Real Estate/PP Taxes | 185,287.09 | 185,287.09 | 185,287.09 | 185,287.09 | 185,287.09 | 185,287.09 |
| 53300 · (Property) Flood Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 53000 · Property Insurance & Tax - Other | 5,465.80 | 5,465.80 | 38,810.92 | 5,465.80 | 5,465.80 | 38,810.92 |
| **Total 53000 · Property Insurance & Tax** | 190,954.91 | 190,954.91 | 224,300.02 | 195,869.91 | 190,954.91 | 224,300.02 |
| **55000 · Property Repairs & Maint.** | | | | | | |
| Electric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Forklift Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Glass | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HVAC CONTRACT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Repairs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Window Cleaning | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 55100 · Security Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 55120 · Cleaning | 1,055.00 | 1,055.00 | 1,055.00 | 1,055.00 | 1,055.00 | 1,055.00 |
| 55125 · Electrical | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 |
| 55130 · Parking Lot Cleaning | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 55210 · Trash Removal | 363.00 | 363.00 | 363.00 | 363.00 | 363.00 | 363.00 |
| 55220 · Pest Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 55230 · Snow Removal | 20,000.00 | 20,000.00 | 20,000.00 | 0.00 | 0.00 | 0.00 |
| 55240 · Lawncare/Landscape Expense | 30.00 | 30.00 | 30.00 | 1,980.00 | 5,275.00 | 7,330.00 |
| 55310 · Equipment Rental | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 55435 · HVAC Repairs | 267.00 | 267.00 | 267.00 | 867.00 | 767.00 | 3,117.00 |
| 55440 · Parking Lot | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 55450 · Plumbing | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| 55460 · Signage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 55800 · R & M/Cleaning Supplies | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| 55900 · R & M Other | 4,900.00 | 4,900.00 | 4,900.00 | 4,900.00 | 4,900.00 | 4,900.00 |
| 55000 · Property Repairs & Maint. - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 55000 · Property Repairs & Maint.** | 28,115.00 | 28,115.00 | 28,115.00 | 10,665.00 | 13,860.00 | 18,265.00 |
| **57000 · Labor / Subcontractor** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **59000 · Other Property Costs** | | | | | | |
| 59100 · KS COTA Filing Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 59200 · Credit & Background Checks | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 59300 · Leasing Agent Commissions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 59400 · Management Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 59500 · Property Closing Costs & Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 59600 · Appraisal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 59000 · Other Property Costs - Other | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 |
| **Total 59000 · Other Property Costs** | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 |
| **Total COGS** | 248,379.81 | 266,070.50 | 282,320.57 | 233,627.48 | 229,285.31 | 266,347.97 |
| **Gross Profit** | 325,276.43 | 294,936.74 | 281,667.67 | 340,361.76 | 344,704.93 | 306,343.27 |
| **Expense** | | | | | | |
| Marketing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60050 · Misc-Rounding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60100 · Payroll Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60110 · Officers Salaries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60120 · Administrative | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60130 · Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60140 · Payroll - Storage Unit Managers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60100 · Payroll Expenses - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 60100 · Payroll Expenses** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **60190 · Payroll Taxes** | | | | | | |
| 60191 · Social Security Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Account | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| 60192 · Medicare Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60193 · Federal Unemployment Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60194 · State Unemployment Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60190 · Payroll Taxes - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 60190 · Payroll Taxes** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60200 · Employee Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61100 · Professional Fees | | | | | | |
| 61110 · Accounting Fees | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 |
| 61120 · Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61130 · Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61100 · Professional Fees - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 61100 · Professional Fees** | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 |
| 61500 · Licenses & Permits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61600 · Bank Service Charges | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 |
| 61700 · Finance Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61800 · Other Fees | | | | | | |
| 61810 · Collection Agency Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61820 · Court Filing Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| 61830 · Sheriff Fees | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| 61840 · Annual Report Filing Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| 61800 · Other Fees - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 263.50 |
| **Total 61800 · Other Fees** | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 536.00 |
| 62100 · Advertising & Promotion | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 62400 · Training & Education Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65000 · Small Tools & Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65500 · Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65700 · Postage & Shipping | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65750 · Freight & Delivery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65800 · Insurance | | | | | | |
| Errors & Omissions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65810 · Liability Insurance | 0.00 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 |
| 65830 · Disability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65850 · (Corporate) Property Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65880 · Medical Care (CUNA) Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65800 · Insurance - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,000.00 |
| **Total 65800 · Insurance** | 0.00 | 0.00 | 0.00 | 600.00 | 0.00 | 8,000.00 |
| 65900 · Taxes (other than Property) | | | | | | |
| 65910 · (Corporat) Real Estate/PP Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65950 · Income Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 65900 · Taxes (other than Property) - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 65900 · Taxes (other than Property)** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67000 · Charitable Contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 68100 · Equipment Repairs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 68150 · Equipment Expenses (Fuel, etc.) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 68200 · Computer Repairs & Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 69000 · Interest Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 71100 · Dues and Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 71200 · Printing and Reproduction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 72000 · Corporate Office Utilities | | | | | | |
| 72100 · (Coprorate) Electric Utility | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 72200 · (Corporate) Gas Utility | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 72300 · (Coprorate) Water/Sewer/ST/FP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 72000 · Corporate Office Utilities - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 72000 · Corporate Office Utilities** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 72800 · Telephone, Internet & TV | 206.01 | 206.01 | 206.01 | 206.01 | 206.01 | 206.01 |
| 73000 · (Corporate) Repairs & Maint | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 75000 · Auto & Transportation | | | | | | |
| 75100 · Cents Per Mile | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 75200 · Gas & Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 75300 · Vehicle Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 75400 · Car Lease Payments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 75500 · Vehicle Rental | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 75000 · Auto & Transportation - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 75000 · Auto & Transportation** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 77000 · Travel & Entertainment | | | | | | |
| 77100 · Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 77200 · Meals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 77500 · Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 77000 · Travel & Entertainment - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 77000 · Travel & Entertainment** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 79000 · Depreciation & Amortization | | | | | | |
| 79100 · Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 79500 · Amortization Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 79000 · Depreciation & Amortization - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 79000 · Depreciation & Amortization** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 401.01 | 401.01 | 401.01 | 1,001.01 | 401.01 | 8,927.01 |
| **Net Ordinary Income** | 324,875.42 | 294,535.73 | 281,266.66 | 339,360.75 | 344,303.92 | 297,416.26 |
| Other Income/Expense | | | | | | |
| Other Income | | | | | | |
| ZERO ALWAYS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 49999 · Personal Income - Kent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| **49100 · Goodyear Retirement** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **49999 · Personal Income - Kent - Other** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 49999 · Personal Income - Kent** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **80100 · Interest Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **82000 · Free Rent** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **83000 · Insurance Proceeds** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **85000 · Transfer From Reserve Funds** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **88000 · Vacancy** | | | | | | |
| **88100 · Vacancy Lost Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **88200 · Vacancy Offset** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **88000 · Vacancy - Other** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 88000 · Vacancy** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Other Expense** | | | | | | |
| **90000 · Debt Service (Principal & Int)** | 1,463.60 | 1,463.60 | 1,463.60 | 1,463.60 | 1,463.60 | 1,463.60 |
| **90100 · Tax Escrow** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **90200 · Deferred Maintenance Escrow** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **91000 · Insurance Reimbursement** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **92000 · Owners Proceeds** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **95000 · Transfer to Reserve Funds** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **99999 · Personal Expenses - Kent/Family** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Expense** | 1,463.60 | 1,463.60 | 1,463.60 | 1,463.60 | 1,463.60 | 1,463.60 |
| **Net Other Income** | -1,463.60 | -1,463.60 | -1,463.60 | -1,463.60 | -1,463.60 | -1,463.60 |
| **Net Income** | **323,411.82** | **293,072.13** | **279,803.06** | **337,897.15** | **342,840.32** | **295,952.66** |

*Summary P&L/Cash Flow*

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| **Total Income** | 573,656.23 | 561,007.23 | 563,988.23 | 573,989.23 | 573,990.23 | 572,691.23 |
| Operating expenses (excl roof repairs and prop taxes) | 63,493.72 | 81,184.41 | 97,434.49 | 49,341.39 | 44,399.22 | 89,987.89 |
| Roof repairs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property tax payments into escrow | 185,287.09 | 185,287.09 | 185,287.09 | 185,287.09 | 185,287.09 | 185,287.09 |
| Overhead allocation | 18,165.16 | 18,165.16 | 18,165.16 | 18,165.16 | 18,165.16 | 18,165.16 |
| Bankruptcy administrative costs | 77,000.00 | 77,000.00 | 77,000.00 | 77,000.00 | 77,000.00 | 77,000.00 |
| **Operating income** | 229,710.26 | 199,370.57 | 186,101.50 | 244,195.59 | 249,138.76 | 202,251.10 |
| **Proposed Adequate Protection Payment** | 13,843.98 | 13,843.98 | 232,628.45 | 237,628.45 | 237,628.45 | 237,628.45 |

**Overhead allocated in proportion to outstanding debt**

| | | | | | | | | | | | | |
|---|---|---:|---|---:|---|---:|---|---:|---|---:|---|---:|
| Kent and Shannon compensation | $ | 8,000.00 | $ | 8,000.00 | $ | 8,000.00 | $ | 8,000.00 | $ | 8,000.00 | $ | 8,000.00 |
| Owed to IRS | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Legal and accounting fees | $ | 7,000.00 | $ | 7,000.00 | $ | 7,000.00 | $ | 7,000.00 | $ | 7,000.00 | $ | 7,000.00 |
| Appraisal fee | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Liability insurance | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Sprint | $ | 365.16 | $ | 365.16 | $ | 365.16 | $ | 365.16 | $ | 365.16 | $ | 365.16 |
| Auto expense | $ | 1,800.00 | $ | 1,800.00 | $ | 1,800.00 | $ | 1,800.00 | $ | 1,800.00 | $ | 1,800.00 |
| Misc | $ | 1,000.00 | $ | 1,000.00 | $ | 1,000.00 | $ | 1,000.00 | $ | 1,000.00 | $ | 1,000.00 |
| **Total for ten months** | $ | 18,165.16 | $ | 18,165.16 | $ | 18,165.16 | $ | 18,165.16 | $ | 18,165.16 | $ | 18,165.16 |
| **Average per month** | | | | | | | | | | | | |

**Overhead allocated by lender**

| | | | | | | | | | | | | |
|---|---|---:|---|---:|---|---:|---|---:|---|---:|---|---:|
| Life insurance | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 8,000.00 |

**Allocated operating expenses**

| | | | | | | | | | | | | |
|---|---|---:|---|---:|---|---:|---|---:|---|---:|---|---:|
| Unallocated insurance (allocated by appraised value) | $ | 6,235.86 | $ | 6,235.86 | $ | 44,278.86 | $ | 6,235.86 | $ | 6,235.86 | $ | 44,278.86 |
| Utility deposits (allocated as percent of utility expense) | | | $ | 14,195.00 | | | | | | | | |
| Security (allocated as percent of maintenance) | $ | 500.00 | $ | 500.00 | $ | 500.00 | $ | 500.00 | $ | 500.00 | $ | 500.00 |
| Parking lot cleaning (allocated as percent of maintenance) | $ | 2,000.00 | $ | 2,000.00 | $ | 2,000.00 | $ | 2,000.00 | $ | 2,000.00 | $ | 2,000.00 |
| Snow removal (allocated as percent of maintenance) | $ | 25,000.00 | $ | 25,000.00 | $ | 25,000.00 | $ | - | $ | - | $ | - |
| Unallocated maintenance and supplies (allocated as percent of maintenance) | $ | 10,000.00 | $ | 10,000.00 | $ | 10,000.00 | $ | 10,000.00 | $ | 10,000.00 | $ | 10,000.00 |
| **Maintenance except snow as percent of total maintenance** | | 44% | | 44% | | 44% | | 117% | | 90% | | 68% |