UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | |
| LINDEMUTH, INC. | } | 12-23055 |
| | } | Jointly Administered |
| | } | |
| DEBTOR(S). | } | CHAPTER 11 |

## TABLE OF CONTENTS AND EXPLANATORY NOTE TO ACCOMPANY DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

By order entered December 6, 2012, the following cases are being jointly administered: Lindemuth, Inc. case no. 12-23055 (lead case); K. Douglas, Inc., case no. 12-23056; KDL, Inc., case no. 12-23057; Bellairre Shopping Center, Inc., case no. 12-23058; Lindy's Inc., case no. 12-23059; and Kent & Vikki Lindemuth as individuals, case no. 12-23060 ("Lindemuth Debtors"). Debtors Kent and Vikki Lindemuth are the owners of the corporate Debtors. The corporate Debtors are owners of commercial real estate located mainly in Topeka, Kansas with some properties located in Kansas and Missouri. The Debtors collectively own approximately 175 properties, mainly retail stores and shopping centers. Debtors manage, operate and/or lease the properties. The collective debt on the Properties is approximately $45,000,000. The Debtors have been working to separate the financial operations of the Debtors since the filing date and working with lenders to provide adequate protection. DIP accounts have been established for each debtor. However, the streamlining of operations and dealing with creditors is an ongoing process, which is reflected in the attached report. As the case has progressed, the financial operations of the various Debtors are being tracked separately, and to the extent that the operations had been combined, the Debtors and their professionals in this report provide a breakdown showing receipts and disbursements amongst the Debtors, even though that had not been the prepetition practice.

## Explanation of Schedules of Receipts and Disbursements

The bookkeeping for all Lindemuth companies is combined under one entity in Quickbooks. Each property and each non-property owning company is assigned a "Class" in Quickbooks. Each transaction is given a "Class" and financial statements for individual companies are created by setting up reports that combine all transactions for a given set of Classes.

Prior to filing, the five debtor companies shared three bank accounts at Envista Credit Union. In addition, some rents were received at lockbox accounts at Kaw Valley Bank and CoreFirst Bank.

Until the DIP accounts were set up in late December, receipts and disbursements for all five companies continued to flow through the Envista and lockbox accounts. Some disbursements set up on automatic electronic payment continued to come out of the Envista accounts into January and February but those have now been eliminated and all disbursements are made from the DIP accounts. Certain rents continue to be sent to CoreFirst as a convenience to the tenants involved and these rents are transferred by CoreFirst to the appropriate DIP accounts several times a month.

## Explanation of Intercompany Transactions.

In order to report both the transactions incurred by each debtor (regardless of which bank account received or paid the funds), and the full activity of each debtor's bank account (regardless of which entity incurred the transaction), the reports double count all intercompany transactions. A Summary page has

been created which tracks receipts and disbursements by company by bank account. This Summary ties each debtor's own transactions to its income statement and each bank account's activity to the reconciled receipts and disbursements for that account. The intercompany transactions are not double counted on the Summary page, which serves as an accounting of the overall receipts and disbursements by debtor across bank accounts or by bank account across debtors. A more detailed description of the calculation of the intercompany transactions including references to specific calculations is available upon request.

**K. Douglas, Inc.**

Also note that K. Douglas, Inc., case no. 12-23056 is not an operating company so there is little information to report on that entity.

**Inclusion of Information and Attachments**

These reports as filed with the court do not include certain detailed information, such as a breakdown of rents received by the Debtors or certain line-item details on disbursements for concern that this could potentially provide proprietary commercial information to competitors. The information has been provided to the US Trustee and can be made available to parties in interest upon request. Summaries are provided in this report.

Attachments included with each report (or available upon request):

1.    US Trustee Monthly Operating Report form
2.    Combined summary of receipts and disbursements for the Lindemuth Debtors.
3.    Summary of receipts and disbursements for each Debtor.
4.    Profit and Loss Statements showing disbursement categories
5.    Pro Forma Balance sheet
6.    Bank statements (available upon request)
7.    Sales report showing rent roll and other receipts (available upon request)
8.    Reports from properties managed by commercial management company  (available upon request)
9.    Detail disbursement/check register  (available upon request)
10.   Reconciliations (available upon request)
11.   Allocation detail of overhead to specific Debtors (available upon request)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| IN RE: | } | CASE NUMBER |
|---|---|---|
| | } | |
| KENT & VIKKI LINDEMUTH, | } | 12-23060 |
| | } | |
| DEBTOR(S). | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM __October 1, 2014__ TO __October 31, 2014__

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.


                                        __s/ Jeffrey A. Deines__
                                        Attorney for Debtor's Signature


Debtor's Address                        Attorney's Address
and Phone Number:                       and Phone Number:
 125 SW Gage Blvd                       Lentz Clark Deines PA
Topeka, KS 66606                        9260 Glenwood, Overland Park, KS 66212
 785-235-6446                           913-648-0600


Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 21st day of the following month.

<u>**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**</u>
**FOR THE PERIOD BEGINNING  <u>10/1/14</u>            AND ENDING<u>    10/31/14</u>**

Name of Debtor:    <u>KENT & VIKKI LINDEMUTH</u>        Case Number    <u>12-23060</u> Date of Petition: 11/9/12
*SEE ATTACHED Summary of Disbursements and Receipts for related Debtors, Detail of Disbursements and Receipts, and Profit & Loss Statement.*

|                                                                 | CURRENT<br><u>MONTH</u><br>**(a)** | CUMULATIVE<br>PETITION TO DATE<br>**(b)** |
|-----------------------------------------------------------------|:--:|:--:|
| **1. FUNDS AT BEGINNING OF PERIOD**                             |    |    |
| **2. RECEIPTS:**                                                |    |    |
| A. Cash Sales                                                   |    |    |
| Minus:  Cash Refunds                                            | (-) |   |
| Net Cash Sales                                                  |    |    |
| B.  Accounts Receivable                                         |    |    |
| C.  Other Receipts *(See MOR-3)*                                |    |    |
| (If you receive rental income, you must attach a rent roll.)    |    |    |
| **3.  TOTAL RECEIPTS** *(Lines 2A+2B+2C)*                       |    |    |
| **4.  TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* |   |    |
| **5.  DISBURSEMENTS**                                           |    |    |
| A.  Advertising                                                 |    |    |
| B.  Bank Charges                                                |    |    |
| C.  Contract Labor                                              |    |    |
| D.  Fixed Asset Payments (not incl. in "N")                     |    |    |
| E.  Insurance                                                   |    |    |
| F.   Inventory Payments  *(See Attach. 2)*                      |    |    |
| G.  Leases                                                      |    |    |
| H.  Manufacturing Supplies                                      |    |    |
| I.   Office Supplies                                            |    |    |
| J.   Payroll - Net *(See Attachment 4B)*                        |    |    |
| K.  Professional Fees (Accounting & Legal)                      |    |    |
| L.   Rent                                                       |    |    |
| M.  Repairs & Maintenance                                       |    |    |
| N.   Secured Creditor Payments *(See Attach. 2)*                |    |    |
| O.  Taxes Paid - Payroll *(See Attachment 4C)*                  |    |    |
| P.  Taxes Paid - Sales & Use *(See Attachment 4C)*              |    |    |
| Q.  Taxes Paid - Other *(See Attachment 4C)*                    |    |    |
| R.  Telephone                                                   |    |    |
| S.   Travel & Entertainment                                     |    |    |
| Y.  U.S. Trustee Quarterly Fees                                 |    |    |
| U.  Utilities                                                   |    |    |
| V.  Vehicle Expenses                                            |    |    |
| W.  Other Operating Expenses *(See MOR-3)*                      |    |    |
| **6.  TOTAL DISBURSEMENTS** *(Sum of 5A thru W)*                |    |    |
| **7.  ENDING BALANCE** *(Line 4 Minus Line 6)*                  | (c) | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This  <u>2nd  </u>  day of <u>December</u>, 20<u>14</u>.                    <u>  s/ Jim Lloyd, Financial Adviser</u>
                                                                              (Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
    the petition.
(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement (or available upon request.**

MOR-3

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:   KENT & VIKKI LINDEMUTH          Case Number:   12-23060

Reporting Period beginning    10/1/14          Period ending    10/31/14

ACCOUNTS RECEIVABLE AT PETITION DATE:   All Debtor income comes from real property leases.  Collections for current month shown on profit and loss statement.  Debtor still attempting to reconcile past due lease account balances as of the petition date and ongoing lease balances.  Debtor will update as information becomes available.

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

|  |  |  |
|---|---|---|
| Beginning of Month Balance | $ _____ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ _____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ _____ | * |
| End of Month Balance | $ _____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ | $ _____ (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of  collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

MOR-4

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:   KENT & VIKKI LINDEMUTH              Case Number:   12-23060

Reporting Period beginning    10/1/14             Period ending     10/31/14

*NOTE: Debtor is making all payments on a cash basis in bankruptcy so has no post-petition accounts payable.*

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                                                    _____(b)

   **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | |
|---|---|
| Opening Balance | $_____(a) |
|    PLUS: New Indebtedness Incurred This Month | $ |
|    MINUS: Amount Paid on Post Petition, | |
|          Accounts Payable This Month | $_____ |
|    PLUS/MINUS: Adjustments | $_____ * |
| Ending Month Balance | $_____(c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

## SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| *See attached P&L and  disbursement detail* | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | _____(d) | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.

(b, c)The total of line (b) must equal line (c).

(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-6

**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:   KENT & VIKKI LINDEMUTH          Case Number:   12-23060

Reporting Period beginning    10/1/14          Period ending    10/31/14

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:          $ NONE
INVENTORY RECONCILIATION:
      Inventory Balance at Beginning of Month          $_____(a)
        PLUS: Inventory Purchased During Month $
        MINUS: Inventory Used or Sold          $_____
        PLUS/MINUS: Adjustments or Write-downs          $_____*
      Inventory on Hand at End of Month          $

METHOD OF COSTING INVENTORY:

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| _____% | _____% | _____% | _____% | = | _____100%* |

* Aging Percentages must equal 100%.
   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:   _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):
    Debtor's main assets consist of real property.  Please see Debtor's Schedule A for list of real property.
Debtor is compiling a list of values and will update as the information is compiled.   See balance sheet for total
value.

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month          $_____(a)(b)
      MINUS:  Depreciation Expense          $_____
      PLUS:  New Purchases          $_____
      PLUS/MINUS: Adjustments or Write-downs          $_____*
Ending Monthly Balance          $

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: See details on any motions to sell filed on the bankruptcy court's docket.

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

MOR-7

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:   KENT & VIKKI LINDEMUTH            Case Number:   12-23060

Reporting Period beginning   10/1/14            Period ending   10/31/14

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.justice.gov/ust/r20/index.htm.   If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.  *See attached bank account or available upon request.*

NAME OF BANK:  See Attached (or available upon request)            BRANCH:

ACCOUNT NAME:     KENT & VIKKI LINDEMUTH            ACCOUNT NUMBER: See Attached

PURPOSE OF ACCOUNT:            OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $ See Attached |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | _____**(a) |

**\*Debit cards are used by**

**\*\*If Closing Balance is negative, provide explanation**:

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** (    Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

*NOTE: Kaw Valley Bank ("KVB") had a lockbox account ending in xxx5480 in which rents were deposited by KVB directly from tenants.*

MOR-8

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:   KENT & VIKKI LINDEMUTH          Case Number:   12-23060

Reporting Period beginning   10/1/14          Period ending   10/31/14

NAME OF BANK:  See Attached (or available upon request)          BRANCH:

ACCOUNT NAME:     KENT & VIKKI LINDEMUTH          ACCOUNT NUMBER: See Attached

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| *See attached or available upon request* | | | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |

TOTAL                                                                      $

MOR-9

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:  __N/A_____  Case Number:

Reporting Period beginning _____  Period ending

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.justice.gov/ust/r20/index.htm.

NAME OF BANK: _____  BRANCH:

ACCOUNT NAME: _____  ACCOUNT NUMBER:
PURPOSE OF ACCOUNT:  _____PAYROLL___

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $_____ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $_____ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**
The following disbursements were paid by Cash:  (    Check here if cash disbursements were authorized
by  United States Trustee)

Date       Amount              Payee                   Purpose        Reason for Cash Disbursement
_____   _____
_____   _____
_____   _____


The following non-payroll disbursements were made from this account:

Date       Amount         Payee      Purpose                    Reason for disbursement from this
                                                                            account
_____   _____
              _____         _____
              _____         _____
              _____         _____

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER - PAYROLL ACCOUNT**


Name of Debtor:     N/A                                    Case Number:

Reporting Period beginning _____          Period ending

NAME OF BANK: _____          BRANCH:

ACCOUNT NAME:

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT: _____ PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |

TOTAL                                                                              $

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:   KENT & VIKKI LINDEMUTH          Case Number:   12-23060

Reporting Period beginning   N/A          Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.justice.gov/ust/r20/index.htm.

NAME OF BANK: _____          BRANCH:

ACCOUNT NAME: _____          ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:          TAX

Ending Balance per Bank Statement                                $
   Plus Total Amount of Outstanding Deposits                    $
   Minus Total Amount of Oustanding Checks and other debits $ _____ *
   Minus Service Charges                                        $
Ending Balance per Check Register                            $ _____ **(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:  (     Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-12

# ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:   KENT & VIKKI LINDEMUTH          Case Number:   12-23060

Reporting Period beginning   N/A          Period ending _____

NAME OF BANK: _____          BRANCH:

ACCOUNT NAME: _____          ACCOUNT #

PURPOSE OF ACCOUNT:   _____TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |

TOTAL                                                            _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                               _____(a)
Sales & Use Taxes Paid                                          _____(b)
Other Taxes Paid                                                _____(c)
TOTAL                                                           _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

# ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| **TOTAL** | | $_____(b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $_____ (c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-14

# ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: ___N/A_____     Case Number:

Reporting Period beginning _____     Period ending

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | _____ | |
| TOTAL | | | $_____ | | |

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  ___N/A_____        Case Number:

Reporting Period beginning _____        Period ending _____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | _____ | |
| Number hired during the period | _____ | |
| Number terminated or resigned during period | _____ | |
| Number of employees on payroll at end of period | _____ | |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Coverage Date | Date Expiration Due | Premium |
|---|---|---|---|---|---|---|
| Insurance policies already provided to US Trustee and requesting lenders. | | | | | _____ | |
| _____ | _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | _____ | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| ___N/A_____ | _____ | _____ | |
| _____ | _____ | _____ | |

☐        Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**


**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

       **Adequate protection payments to secured creditors commenced.  Details found in the P&L and disbursement detail attached or available upon request.  Debtor filed Plan of Reorganization and Disclosure Statement and continues to work on plan treatment for creditors in anticipation of filing an amended Plan of Reorganization and Disclosure Statement.**

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before ___10/25/13

Lindemuth, Inc. case no 12-23055, et al

Combined receipts and disbursements by debtor and bank account

October 2014

| | Bellairre | K&VL | KDL | K Douglas | Lindemuth | Lindy's | Non-debtor | Totals | Reconciled bank balances | |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning balances - actual | | | | | | | | | | |
| Petty cash | $ (1,508.74) | $ 6,869.98 | $ 4,243.79 | $ - | $ 49,124.99 | $ 1,149.20 | $ - | $ 59,879.22 | $ 59,879.22 | $ - |
| Bellairre DIP | $ 254,392.88 | $ - | $ - | $ - | $ - | $ - | $ - | $ 254,392.88 | $ 254,392.88 | $ 0.00 |
| K&VL DIPs | $ (168.12) | $ 57,056.44 | $ 1,784.67 | $ - | $ (9,917.48) | $ (43.41) | $ (912.95) | $ 47,798.75 | $ 47,758.76 | 39.99 |
| KDL DIP | $ (110.90) | $ (93.37) | $ 455,197.23 | $ (780.00) | $ (184,034.44) | $ (18.20) | $ (170.00) | $ 269,990.32 | $ 269,776.42 | 213.90 |
| Lindemuth DIP | $ (111,476.96) | $ (106,474.14) | $ (413,978.49) | $ (16,842.33) | $ 955,145.58 | $ 14,283.42 | $ (12,854.64) | $ 307,802.44 | $ 306,100.79 | 1,701.65 |
| Lindy's DIP | $ - | $ - | $ - | $ - | $ - | $ 2,882.57 | $ - | $ 2,882.57 | $ 2,882.57 | $ - |
| Envista: K&VL | $ (382.22) | $ 12,779.10 | $ (4,486.71) | $ - | $ (2,443.27) | $ (60.45) | $ (5,251.34) | $ 155.11 | $ (9.87) | 164.98 |
| Envista: Lindemuth, Inc. | $ (2,344.51) | $ (1,859.65) | $ (19,108.26) | $ - | $ 26,640.37 | $ (564.24) | $ (1,340.88) | $ 1,422.83 | $ 1,376.81 | 46.02 |
| Envista: Lindy's, Inc. | $ (228.86) | $ 56.96 | $ (16,040.09) | $ - | $ 473.15 | $ 16,860.22 | $ (100.00) | $ 1,021.38 | $ 1,005.80 | 15.58 |
| Nordstrom Visa | $ (1,989.01) | $ (1,265.27) | $ (10,322.66) | $ - | $ 4,872.99 | $ (220.80) | $ - | $ (8,924.81) | $ (9,439.84) | 515.03 |
| CoreFirst suspense | $ 6,687.91 | $ (1,109.43) | $ 12,177.28 | $ - | $ 23,487.67 | $ - | $ - | $ 41,243.43 | $ 41,669.24 | (425.81) |
| Kaw Valley Lockbox | $ - | $ - | $ 9,160.00 | $ - | $ 19,789.00 | $ - | $ - | $ 28,949.00 | $ 28,949.00 | - |
| 2942 Wanamaker Kaw Valley | | | | | $ 12,346.99 | | | $ 12,346.99 | $ 11,816.99 | 530.00 |
| 2942 Wanamaker DIP | | | | | $ 146,454.24 | | | $ 146,454.24 | $ 146,454.24 | - |
| Gage Center Envista | | | | | $ 11,556.21 | | | $ 11,556.21 | $ 10,837.45 | 718.76 |
| Gage Center DIP | | | | | $ 218,972.10 | | | $ 218,972.10 | $ 219,824.60 | (852.50) |
| Villa West CoreFirst | | | | | $ 20.01 | | | $ 20.01 | $ - | 20.01 |
| Villa West DIP | | | | | $ 204,293.39 | | | $ 204,293.39 | $ 204,293.40 | (0.01) |
| White Lakes Envista | | | $ 1,139.08 | | | | | $ 1,139.08 | $ 1,000.14 | 139.08 |
| White Lakes DIP | | | $ 3,709.67 | | | | | $ 3,709.67 | | |
| Total | $ 142,871.47 | $ (34,039.38) | $ 23,475.51 | $ (17,622.33) | $ 1,476,781.04 | $ 34,268.31 | $ (20,629.81) | $ 1,605,104.82 | $ 1,598,568.46 | 2,826.69 |
| | | | | | | | | | | |
| Receipts | | | | | | | | | | |
| Petty Cash | $ - | $ - | $ - | $ - | $ 3,525.00 | $ - | | $ 3,525.00 | $ 3,525.00 | $ - |
| Bellairre DIP | $ 7,745.00 | | | $ - | $ - | | | $ 7,745.00 | $ 7,745.00 | $ - |
| K&VL DIP | | $ 19,733.25 | $ - | $ - | $ - | | | $ 19,733.25 | $ 19,733.25 | $ - |
| KDL DIP | | | $ 145,399.23 | $ - | $ - | | | $ 145,399.23 | $ 145,399.23 | $ - |
| Lindemuth DIP | $ - | $ - | $ 300.00 | $ - | $ 166,055.81 | | $ - | $ 166,355.81 | $ 166,355.81 | $ - |
| Lindy's DIP | | | | $ - | $ - | $ - | | $ - | $ - | $ - |
| Envista: K&VL | $ - | | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| Envista: Lindemuth, Inc. | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Envista: Lindy's, Inc. | $ - | | $ - | $ - | $ - | $ - | | $ - | | $ - |
| CoreFirst suspense | $ 18,348.50 | $ 14,778.64 | $ 34,602.71 | $ - | $ 32,281.13 | $ - | | $ 100,010.98 | $ 100,010.98 | $ - |
| Kaw Valley Lockbox | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | | $ - |
| Proceeds of property sales | | | | $ - | $ 927,000.00 | | | $ 927,000.00 | $ 927,000.00 | $ - |
| 2942 Wanamaker Kaw Valley | | | | | $ - | | | $ - | | |
| 2942 Wanamaker DIP | | | | | $ 31,119.88 | | | $ 31,119.88 | $ 31,119.88 | $ - |
| Gage Center Envista | | | | | $ - | | | $ - | | $ - |
| Gage Center DIP (Gage Center and 1301 Gage) | | | | | $ 107,234.17 | | | $ 107,234.17 | $ 107,234.17 | $ - |
| Villa West CoreFirst | | | | | $ - | | | $ - | | |
| Villa West DIP | | | | | $ 48,612.74 | | | $ 48,612.74 | $ 48,612.74 | $ - |
| White Lakes Envista | | | | | $ - | | | $ - | | |
| White Lakes DIP | | | $ - | | | | | $ - | | |
| Total | $ 26,093.50 | $ 34,511.89 | $ 180,301.94 | $ - | $ 1,315,828.73 | $ - | $ - | $ 1,556,736.06 | | |
| Gross income plus prepaid rent less prior prepaid rent plus property sales | $ 26,093.50 | $ 34,511.89 | $ 180,301.94 | $ - | $ 388,829.63 | $ - | | | | |
| | $ 26,093.50 | $ - | $ - | $ - | $ 926,999.10 | $ - | | | | |
| Disbursements | | | | | | | | | | Difference |
| Petty Cash | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - |
| Bellairre DIP | $ 21,302.62 | $ - | $ - | $ - | $ - | $ - | | $ 21,302.62 | $ 21,302.62 | $ - |
| K&VL DIP (RE and Personal) | | $ 66,495.14 | $ - | $ - | $ - | $ - | $ - | $ 66,495.14 | $ 66,495.14 | $ - |
| KDL DIP | $ - | $ - | $ 122,982.03 | $ - | $ - | $ - | | $ 122,982.03 | $ 122,982.03 | $ - |
| Lindemuth DIP | $ 14,682.76 | $ 14,220.61 | $ 97,088.82 | $ 325.00 | $ 289,399.03 | $ 2,330.99 | $ 2,495.62 | $ 420,542.83 | $ 420,542.83 | $ - |
| Lindy's DIP | $ - | $ - | $ - | $ - | $ - | $ 4,105.86 | | $ 4,105.86 | $ 4,105.86 | $ - |
| Envista: K&VL | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | | $ - |
| Envista: Lindemuth, Inc. | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| Envista: Lindy's, Inc. | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - |
| Nordstrom Visa | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | | $ - |
| Disbursements from property sales | | | $ - | $ - | $ 927,000.00 | | | $ 927,000.00 | $ 927,000.00 | |
| 2942 Wanamaker Kaw Valley | | | | | $ - | | | $ - | | |
| 2942 Wanamaker DIP | | | | | $ 26,391.09 | | | $ 26,391.09 | $ 26,391.09 | $ - |

| | Bellairre | K&VL | KDL | K Douglas | Lindemuth | Lindy's | Non-debtor | Totals | Reconciled bank balances |
|---|---|---|---|---|---|---|---|---|---|
| Gage Center Envista | | | | | $ - | | | $ - | |
| Gage Center DIP (Gage Center and 1301 Gage) | | | | | $ 72,776.52 | | | $ 72,776.52 | $ - |
| Villa West CoreFirst | | | | | $ - | | | $ - | |
| Villa West DIP | | | | | $ 55,012.67 | | | $ 55,012.67 | $ - |
| White Lakes Envista | | | | | | | | $ - | |
| White Lakes DIP | | | | | | | | | |
| Total | $ 35,985.38 | $ 80,715.75 | $ 220,070.85 | $ 325.00 | $ 1,370,579.31 | $ 6,436.85 | $ 2,495.62 | $ 1,716,608.76 | |
| Check from P&Ls plus property sales | $ 35,985.39 | 80,715.75 | $ 220,070.85 | $ 325.00 | $ 443,579.30 | 6,436.85 | | | |
| Disbursements - other | $ (0.01) | $ - | $ - | $ - | $ 927,000.01 | $ - | | | |
| Envista: K&VL | | | | | | | $ - | $ - | |
| Envista: Lindemuth, Inc. | | | | | | | $ - | $ - | |
| Envista: Lindy's, Inc. | | | | | | | $ - | $ - | |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| | | | | | | | | | |
| Transfers | | | | | | | | | |
| From CoreFirst to DIP accounts | $ 25,619.25 | $ 12,278.64 | $ 34,052.71 | | $ 46,347.96 | | | $ 118,298.56 | $ 118,298.56 | $ - |
| From Lindemuth DIP to Suspense Account (Quickbooks allocation only) | | | | | $ - | $ - | | | |
| From Lindemuth DIP to Lindy's DIP | $ - | $ - | | | $ (3,237.15) | $ 3,237.15 | | | |
| From KDL DIP to Lindemuth DIP | | | $ - | | $ - | | | | |
| From Gage Center DIP to Lindemuth DIP | | | | | $ 2,656.57 | | | | |
| From 2942 DIP to Lindemuth DIP | | | | | $ 2,610.77 | | | | |
| From Villa West DIP to Lindemuth DIP | | | $ - | | $ 116,534.32 | | | | |
| From Lindemuth DIP to Nordstrom Visa | | | $ - | | $ (4,813.49) | | | | |
| From Seabrook (pre-filing balance at CoreFirst) to KDL DIP | | | $ 45,211.87 | | | | | | |
| Escrow for 29th & Fairlawn disbursed in June from Lindemuth DIP dep in KVL DIP | | $ 30,000.00 | | | $ (30,000.00) | | | | |
| | | | | | | | | | |
| Ending balances | | | | | | | | | |
| Petty Cash | $ (1,508.74) | $ 6,869.98 | $ 4,243.79 | $ - | $ 52,649.99 | $ 1,149.20 | $ - | $ 63,404.22 | $ 63,404.22 | $ - |
| Bellairre DIP | $ 266,454.51 | $ - | $ - | | $ - | | | $ 266,454.51 | $ 266,454.51 | 0.00 |
| K&VL DIPs | $ (168.12) | $ 52,573.19 | $ - | | $ (9,917.88) | $ (43.41) | $ (912.95) | $ 43,515.50 | $ 43,275.51 | 39.99 |
| KDL DIP | $ (110.90) | $ (93.37) | $ 556,879.01 | $ (780.00) | $ (184,034.44) | $ (18.20) | $ (170.00) | $ 371,672.10 | $ 371,458.20 | 213.90 |
| Lindemuth DIP | $ (126,159.72) | $ (120,694.75) | $ (510,767.31) | $ (17,167.33) | $ 961,901.34 | $ 11,952.43 | $ (15,350.26) | $ 183,714.40 | $ 182,012.75 | 1,701.65 |
| Lindy's DIP | $ - | $ - | $ - | | $ - | $ 2,013.86 | $ - | $ 2,013.86 | $ 2,013.86 | 0.00 |
| Envista: K&VL | $ (382.22) | $ 12,779.10 | $ (4,486.71) | | $ (2,443.27) | $ (60.45) | $ (5,251.34) | $ 155.11 | $ (9.87) | 164.98 |
| Envista: Lindemuth, Inc. | $ (2,344.51) | $ (1,859.65) | $ (19,108.26) | | $ 26,640.37 | $ (564.24) | $ (1,340.88) | $ 1,422.83 | $ 1,376.81 | 46.02 |
| Envista: Lindy's, Inc. | $ (228.86) | $ 56.96 | $ (16,040.09) | | $ 473.15 | $ 16,860.22 | $ (100.00) | $ 1,021.38 | $ 1,005.80 | 15.58 |
| Nordstrom Visa | $ (1,989.01) | $ (1,265.27) | $ (10,332.66) | | $ 59.44 | $ (220.80) | $ - | $ (13,738.30) | $ (14,253.33) | 515.03 |
| CoreFirst suspense | $ (582.84) | $ 1,390.57 | $ 12,727.28 | | $ 9,420.84 | $ - | $ - | $ 22,955.85 | $ 23,381.66 | (425.81) |
| Kaw Valley Lockbox | $ - | $ - | $ 9,160.00 | | $ 19,789.00 | $ - | $ - | $ 28,949.00 | $ 28,949.00 | - |
| 2942 Wanamaker Kaw Valley | | | | | $ 12,346.99 | | | $ 12,346.99 | $ 11,816.99 | 530.00 |
| 2942 Wanamaker DIP | | | | | $ 151,183.03 | | | $ 151,183.03 | $ 151,183.03 | - |
| Gage Center Envista | | | | | $ 11,556.21 | | | $ 11,556.21 | $ 10,837.45 | 718.76 |
| Gage Center DIP | | | | | $ 253,429.75 | | | $ 254,282.25 | $ 254,282.25 | - |
| Villa West CoreFirst | | | | | $ 20.01 | | | $ 20.01 | $ 20.01 | 20.01 |
| Villa West DIP | | | | | $ 197,893.46 | | | $ 197,893.46 | $ 197,893.47 | (0.01) |
| White Lakes Envista | | | $ 1,139.08 | | | | | $ 1,139.08 | $ 1,000.00 | 139.08 |
| White Lakes DIP | | | $ 3,709.67 | | | | | $ 3,709.67 | | |
| Total | $ 132,979.59 | $ (50,243.24) | 28,918.47 | $ (17,947.33) | $ 1,500,967.99 | $ 31,068.61 | $ (23,125.43) | $ 1,603,471.17 | $ 1,596,082.31 | 3,679.19 |
| | | | | | | | | | |
| Reconcile with operating reports | | | | | | | | | |
| Due from affiliates | $ - | $ (20,147.58) | 200.38 | $ - | $ (1,108,941.59) | $ (15,744.10) | | | |
| Due from non-affiliates | $ - | $ (5,714.29) | (170.00) | $ - | $ (17,715.62) | $ (100.00) | | | |
| Ending balances from operating reports | $ 132,979.59 | $ (76,105.11) | 28,948.85 | $ (17,947.33) | $ 374,310.78 | $ 15,224.51 | | | |
| Check | $ 132,729.59 | $ (106,105.11) | 28,948.85 | $ (17,947.33) | $ 191,861.17 | $ 15,224.28 | | | |
| | $ 250.00 | $ 30,000.00 | $ 0.00 | $ - | $ 182,449.61 | $ 0.23 | | | |

Operating report Schedule of Receipts and Disbursements

| Name of Debtor | K&VL |
| Period | 10/1/14-10/31/4 |

|  |  | Current month | | Cumulative to date | |
|---|---|---|---|---|---|
| **1. Funds at Beginning of Period** | | | | | |
|  | Petty cash | $ | 6,869.98 | $ | - |
|  | K&VL DIP account | $ | 57,229.11 | $ | - |
|  | Envista bank account KV&L | $ | 12,779.10 | $ | 12,585.77 |
|  | Nordstrom Visa | $ | (1,265.27) | | |
|  | Due to KDL | $ | (93.37) | | |
|  | Due to Lindemuth, Inc. | $ | (108,333.79) | $ | - |
|  | Due to Lindy's, Inc. | $ | 56.96 | $ | - |
|  | Due from Bellairre | $ | (550.34) | $ | - |
|  | Due from KDL | $ | (2,702.04) | $ | - |
|  | Due from Lindemuth, Inc. | $ | (16,881.15) | | |
|  | Due from Lindy's | $ | (14.05) | $ | - |
|  | Due from non-debtor affiliates | $ | (5,714.29) | $ | - |
|  | Due from Villa West DIP | $ | (8,751.32) | | |
|  | CoreFirst suspense account | $ | 7,469.22 | $ | - |
|  | Kaw Valley lockbox | $ | - | $ | - |
|  | Total | $ | (59,901.25) | $ | 12,585.77 |
| **2. Receipts** | | | | | |
|  | A. Cash sales | | | | |
|  | Minus : cash refunds | | | | |
|  | Personal income paid from petty cash | $ | - | $ | 8,000.00 |
|  | B. Accounts Receivable | | | | |
|  | C. Other Receipts (below and attached rent report) | | | | |
|  | Deposited in K&VL DIP account | $ | 19,733.25 | $ | 427,742.91 |
|  | Transferred to DIP from CoreFirst | $ | 12,278.64 | $ | 328,402.92 |
|  | KDL rent deposited in KVL DIP account | | | $ | - |
|  | Lindemuth rent deposited in KVL DIP account | | | $ | - |
|  | Deposited in Lindemuth DIP account | $ | - | $ | 7,295.00 |
|  | Deposited in Lindy's Envista account | $ | - | $ | 4,520.00 |
|  | Deposited in CoreFirst suspense account | $ | 14,778.64 | $ | 338,372.14 |
|  | Deposited in Kaw Valley lockbox | $ | - | $ | - |
|  | Income received from non-debtor affiliates | $ | - | $ | 2,259.56 |
| **3. Total Receipts** | | $ | 46,790.53 | $ | 1,116,592.53 |

| | | | | |
|---|---|---|---|---|
| 4. Total Funds Available for Operations | | $ (13,110.72) | $ | 1,129,178.30 |

5. Disbursements

| | | | | |
|---|---|---|---|---|
| Prepayment of cash collateral | | | $ | 1,552.90 |
| Prepayment of KDL cash collateral (due from KDL) | | | $ | 2,652.07 |
| Non-debtor invoices paid (due from non-debtors) | $ | - | $ | 7,793.85 |
| Non-debtor invoices paid DIP account | $ | - | $ | 180.00 |
| Petty Cash | $ | - | $ | 1,130.02 |
| K&VL DIP account | $ | - | $ | 110,577.16 |
| K&VL Personal DIP account | $ | 66,495.14 | $ | 622,822.81 |
| Nordstrom Visa | $ | - | $ | 1,265.27 |
| Transferred from CoreFirst to DIP | $ | 12,278.64 | $ | 328,402.92 |
| Envista K&VL account | $ | - | $ | 2,773.77 |
| KDL DIP account (due to KDL) | | | $ | 93.37 |
| Bellairre paid from DIP (due from Bellairre) | | | $ | 168.12 |
| Bellairre invoices paid (due from Bellairre) | $ | - | $ | 382.22 |
| Lindemuth invoices paid (due from Lindemuth) | $ | - | $ | 2,443.27 |
| Lindemuth invoices paid DIP (due from Lindemuth) | | | $ | 14,437.88 |
| KDL paid from DIP (due from KDL) | | | $ | (1,784.67) |
| KDL invoices paid (due from KDL) | $ | - | $ | 1,834.64 |
| Lindy's invoices paid DIP (due from Lindy's) | | | $ | 8.91 |
| Lindy's invoices paid Envista (due from Lindy's) | | | $ | 5.14 |
| Envista Lindemuth (due to Lindemuth) | | | $ | 1,859.65 |
| Lindemuth DIP account (due to Lindemuth, Inc.) | $ | 14,220.61 | $ | 127,989.75 |
| Envista Lindy's (due to Lindy's) | $ | - | $ | (56.96) |
| Villa West APP pd KVL DIP (due from VW DIP) | $ | - | $ | 8,751.32 |
| 6. Total disbursements | | $ 92,994.39 | $ | 1,226,532.09 |
| Check: P&L | | $ 80,715.75 | | |

7. Ending Balances

| | | | | |
|---|---|---|---|---|
| Petty cash | $ | 6,869.98 | $ | 6,869.98 |
| K&VL DIP accounts | $ | 22,745.86 | $ | 22,745.86 |
| Envista K&VL | $ | 12,779.10 | $ | 12,779.10 |
| Nordstrom Visa | $ | (1,265.27) | $ | (1,265.27) |
| Due to KDL | $ | (93.37) | $ | (93.37) |
| Due to Lindemuth | $ | (122,554.40) | $ | (122,554.40) |
| Due to Lindy's, Inc. | $ | 56.96 | $ | 56.96 |
| Due from Bellairre | $ | (550.34) | $ | (550.34) |
| Due from KDL | $ | (2,702.04) | $ | (2,702.04) |
| Due from Lindemuth, Inc. | $ | (16,881.15) | $ | (16,881.15) |
| Due from Lindy's | $ | (14.05) | $ | (14.05) |

| | | | | | |
|---|---|---:|---|---|---:|
| Due from non-debtor affiliates | $ | (5,714.29) | $ | | (5,714.29) |
| Due from Villa West DIP | $ | (8,751.32) | $ | | (8,751.32) |
| CoreFirst suspense account | $ | 9,969.22 | $ | | 9,969.22 |
| Kaw Valley lockbox | $ | - | $ | | - |
| Total | $ | (106,105.11) | $ | | (106,105.11) |

Other receipts

| | | | |
|---|---|---|---:|
| Rent deposited in K&VL DIP account | $ | | 13,420.00 |
| Personal income deposited in Personal DIP | $ | | 6,313.25 |
| Security deposit | $ | | - |
| Total receipts in company account | $ | | 19,733.25 |
| | | | |
| Rent deposited in Lindemuth, Inc. DIP account | $ | | - |
| | | | |
| Rent deposited in Corefirst suspence account | $ | | 14,778.64 |
| Prepaid rent deposited in CoreFirst suspense | $ | | - |
| Total receipts in CoreFirst suspense | $ | | 14,778.64 |
| | | | |
| Rent deposited in Kaw Valley lockbox | $ | | - |
| Prepaid rent deposited in Kaw Valley lockbox | $ | | - |
| Total receipts in Kaw Valley lockbox | $ | | - |

| | | |
|---|---|---:|
| Total other receipts | $ | 34,511.89 |
| | | |
| Regular rent | $ | 28,198.64 |

# Lindemuth Consolidated Entities
# K&VL Profit & Loss
### October 2014

| | Oct 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **41000 · Rental Income** | |
| **41100 · Rent (Building)** | 24,420.00 |
| **41150 · Parking Rent** | 1,200.00 |
| **Total 41000 · Rental Income** | 25,620.00 |
| **42000 · Property Reimbursed Income** | |
| **42600 · (Property) Tenant Improv. Reimb** | 2,578.64 |
| **Total 42000 · Property Reimbursed Income** | 2,578.64 |
| **Total Income** | 28,198.64 |
| **Cost of Goods Sold** | |
| **52000 · Property Utilities** | |
| **52100 · (Property) Electric Utility** | 301.41 |
| **52200 · (Property) Gas Utility** | 31.42 |
| **52300 · (Property) Water/Sewer/ST/FP** | 20.50 |
| **Total 52000 · Property Utilities** | 353.33 |
| **53000 · Property Insurance & Tax** | |
| **53100 · (Property) Property Insurance** | 1,408.86 |
| **Total 53000 · Property Insurance & Tax** | 1,408.86 |
| **55000 · Property Repairs & Maint.** | |
| **55220 · Pest Control** | 92.06 |
| **55240 · Lawncare/Landscape Expense** | 935.00 |
| **Total 55000 · Property Repairs & Maint.** | 1,027.06 |
| **57000 · Labor / Subcontractor** | 93.67 |
| **Total COGS** | 2,882.92 |
| **Gross Profit** | 25,315.72 |
| **Expense** | |
| **61100 · Professional Fees** | |
| **61110 · Accounting Fees** | 3,928.83 |
| **61120 · Legal Fees** | 8,725.93 |
| **Total 61100 · Professional Fees** | 12,654.76 |
| **65800 · Insurance** | |
| **65880 · Medical Care (CUNA) Insurance** | 5.54 |
| **Total 65800 · Insurance** | 5.54 |
| **65900 · Taxes (other than Property)** | |
| **65950 · Income Tax** | 36,811.00 |
| **65900 · Taxes (other than Property) - Other** | 3,970.00 |

Case 12-23055    Doc# 668    Filed 03/26/15    Page 25 of 30

# Lindemuth Consolidated Entities
## K&VL Profit & Loss
### October 2014

|  | Oct 14 |
|---|---:|
| **Total 65900 · Taxes (other than Property)** | 40,781.00 |
|  |  |
| **67000 · Charitable Contributions** | 120.00 |
| **72800 · Telephone, Internet & TV** | 35.66 |
| **73000 · (Corporate) Repairs & Maint** | 22.12 |
| **Total Expense** | 53,619.08 |
|  |  |
| **Net Ordinary Income** | -28,303.36 |
|  |  |
| **Other Income/Expense** |  |
| **Other Income** |  |
| **49999 · Personal Income - Kent & Vikki** |  |
| **49100 · Goodyear Retirement** | 1,115.39 |
| **49200 · BCBS - Vikki Lindemuth** | 5,197.86 |
| **Total 49999 · Personal Income - Kent & Vikki** | 6,313.25 |
|  |  |
| **Total Other Income** | 6,313.25 |
|  |  |
| **Other Expense** |  |
| **90050 · Adequate Protection Payments** | 3,864.41 |
| **99999 · Personal Expenses - Kent/Family** | 3,203.64 |
| **Total Other Expense** | 7,068.05 |
|  |  |
| **Net Other Income** | -754.80 |
|  |  |
| **Net Income** | **-29,058.16** |

| Proforma balance sheets (see note) | | Revised | | | |
|---|---|---|---|---|---|
| | 7/31/14 | 7/31/14 | 8/31/14 | 9/30/14 | 10/31/14 |
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings (only DIP accounts have been reconciled)** | | | | | |
| **Clearing - Temporary** | 24,511.07 | 24,511.07 | 24,511.07 | 24,511.07 | 24,511.07 |
| **10000 · Petty Cash** | -1,130.02 | -1,130.02 | -1,130.02 | -1,130.02 | -1,130.02 |
| **10100 · Envista CU Personal Ckg (6109)** | -4,585.95 | -4,582.61 | -4,585.95 | -4,585.78 | -4,585.78 |
| **10110 · Envista CU Lindemuth Inc (7749)** | -4,633.28 | -4,633.28 | -4,633.28 | -4,633.28 | -4,633.28 |
| **10120 · Envista CU Lindy's Inc (7099)** | 50.87 | 50.87 | 50.87 | 50.87 | 50.87 |
| **10205  Capital City Bank** | -56.00 | -56.00 | -56.00 | -56.00 | -56.00 |
| **10210 · CF Participat. Lock Box (3630)** | 34,524.59 | 34,524.59 | 34,524.59 | 34,524.59 | 34,524.59 |
| **10220 · CF Participat.Tax Escrow (3800)** | -8,366.46 | -8,366.46 | -8,366.46 | -8,366.46 | -8,366.46 |
| **10240 · CF Portfolio Lock Box (3541)** | -40,353.08 | -40,353.08 | -40,353.08 | -40,353.08 | -40,353.08 |
| **10250 · CF Portfolio Tax Escrow (3797)** | 6,480.81 | 6,480.81 | 6,480.81 | 6,480.81 | 6,480.81 |
| **10290 · CF Suspense** | 6,143.75 | 6,143.75 | -2,934.89 | -2,934.89 | -434.89 |
| **CF Post Lockbox** | 1,825.47 | 1,825.47 | 1,825.47 | 1,825.47 | 1,825.47 |
| **CF Participation Adeq Protection** | 180,791.70 | 180,791.70 | 192,644.48 | 204,897.26 | 216,950.04 |
| **CF Portfolio Adeq Protection** | 66,207.96 | 66,207.96 | 71,300.88 | 76,393.80 | 81,486.72 |
| **10300 - Denison Savings** | -5,853.16 | -5,853.16 | -5,853.16 | -5,853.16 | -5,853.16 |
| **10360 · KV, Lindemuth, Inc.- DIP 196908** | -99,140.15 | -99,140.15 | -104,823.82 | -111,078.86 | -125,299.47 |
| **10361 · KV, KDL, Inc. - DIP 196894** | -93.37 | -93.37 | -93.37 | -93.37 | -93.37 |
| **10365 · KV, K&VL RE - DIP 789135** | 23,527.21 | 23,527.21 | 23,527.21 | 23,527.21 | 23,527.21 |
| **10366 · KV, K&VL personal - DIP 789100** | 57,613.64 | 57,613.64 | 65,066.00 | 44,161.04 | 9,677.79 |
| **10510 - Millennium Bank Savings** | -4.73 | -4.73 | -4.73 | -4.73 | -4.73 |
| **10530 - New Century Credit Union** | -3.00 | -3.00 | -3.00 | -3.00 | -3.00 |
| **10540 - Quest Credit Union** | 0.66 | 0.66 | 0.66 | 0.66 | 0.66 |
| **10550 - University National Bank** | -0.21 | -0.21 | -0.21 | -0.21 | -0.21 |
| **Total Checking/Savings** | 237,458.32 | 237,461.66 | 247,094.07 | 237,279.94 | 208,221.78 |
| | | | | | |
| **Other Current Assets** | | | | | |
| **14500 - Prepaid cash collateral** | 1,552.90 | 1,552.90 | 1,552.90 | 1,552.90 | 1,552.90 |
| **Total Other Current Assets** | 1,552.90 | 1,552.90 | 1,552.90 | 1,552.90 | 1,552.90 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Current Assets** | 239,011.22 | 239,014.56 | 248,646.97 | 238,832.84 | 209,774.68 |
| | | | | | |
| **Fixed assets** | 1,843,532.00 | 1,843,532.00 | 1,843,532.00 | 1,843,532.00 | 1,843,532.00 |
| **Accumulated depreciation** | 677,214.00 | 677,214.00 | 677,214.00 | 677,214.00 | 677,214.00 |
| **Net fixed assets** | 1,166,318.00 | 1,166,318.00 | 1,166,318.00 | 1,166,318.00 | 1,166,318.00 |
| **TOTAL ASSETS** | **1,405,329.22** | **1,405,332.56** | **1,414,964.97** | **1,405,150.84** | **1,376,092.68** |

**LIABILITIES & EQUITY**

**Liabilities**

**Current Liabilities**

**Other Current Liabilities**

| | | | | | |
|---|---|---|---|---|---|
| **22600 · Nordstrom Visa (1824)** | 1,180.55 | 1,180.55 | 1,180.55 | 1,180.55 | 1,180.55 |
| **24000 · Funds from Tenant** | | | | | |
| **24100 · Security Deposit** | 23,637.00 | 23,637.00 | 23,637.00 | 23,637.00 | 23,637.00 |
| **Total 24000 · Funds from Tenant** | 24,817.55 | 24,817.55 | 24,817.55 | 24,817.55 | 24,817.55 |
| | | | | | |
| **24800 · Prepaid Rent Rec'd from Tenants** | 9,078.64 | 9,078.64 | 0.00 | 0.00 | 0.00 |
| **Total Other Current Liabilities** | 33,896.19 | 33,896.19 | 24,817.55 | 24,817.55 | 24,817.55 |
| | | | | | |
| **Total Current Liabilities** | 33,896.19 | 33,896.19 | 24,817.55 | 24,817.55 | 24,817.55 |
| | | | | | |
| **Long Term Liabilities** | | | | | |
| **26000 · CoreFirst Bank & Trust Loans** | | | | | |
| **26010 · CFB&T participation (5549)** | 1,160,234.68 | 1,186,506.58 | 1,186,506.58 | 1,186,506.58 | 1,186,506.58 |
| **26020 · CFB&T portfolio (8637)** | 214,665.28 | 222,848.63 | 222,848.63 | 222,848.63 | 222,848.63 |
| **Total 26000 · CoreFirst Bank & Trust Loans** | 1,374,899.96 | 1,409,355.21 | 1,409,355.21 | 1,409,355.21 | 1,409,355.21 |
| | | | | | |
| **27300 · Kaw Valley Bank Loans** | | | | | |
| **27320 · Kaw Valley multi. prop. (0581)** | 786,638.52 | 815,668.07 | 815,668.07 | 815,668.07 | 815,668.07 |
| **Total 27300 · Kaw Valley Bank Loans** | 786,638.52 | 815,668.07 | 815,668.07 | 815,668.07 | 815,668.07 |

| | | | | | |
|---|---|---|---|---|---|
| **27900 · Denison State Bank Loans** | | | | | |
| 28040 · 4721 GH (house only) (4309) | 63,982.43 | 67,291.52 | 67,291.52 | 67,291.52 | 67,291.52 |
| 28050 · 2114 SW Seabrook (4091) | 62,663.65 | 64,701.41 | 64,701.41 | 64,701.41 | 64,701.41 |
| 28060 · 740 NE 35th (4353) | 182,398.41 | 189,033.01 | 189,033.01 | 189,033.01 | 189,033.01 |
| 28070 · 4721 GH (land only) (4455) | 267,279.46 | 272,106.82 | 272,106.82 | 272,106.82 | 272,106.82 |
| **Total 27900 · Denison State Bank Loans** | 576,323.95 | 593,132.76 | 593,132.76 | 593,132.76 | 593,132.76 |
| | | | | | |
| **29100 · Central National Bank Loans** | | | | | |
| 29110 · 4350 NW Green Hills Pl. (3477) | 126,170.13 | 141,001.30 | 141,001.30 | 141,001.30 | 141,001.30 |
| 29120 · 2315 SW 10th (1452) | 38,802.33 | 42,493.45 | 42,493.45 | 42,493.45 | 42,493.45 |
| **Total 29100 · Central National Bank Loans** | 164,972.46 | 183,494.75 | 183,494.75 | 183,494.75 | 183,494.75 |
| | | | | | |
| **29500 · Bank of America Loan** | | | | | |
| 29510 · 1002 & 1004 SW Randolph (4949) | 62,947.69 | 71,796.27 | 71,796.27 | 71,796.27 | 71,796.27 |
| **Total 29500 · Bank of America Loan** | 62,947.69 | 71,796.27 | 71,796.27 | 71,796.27 | 71,796.27 |
| | | | | | |
| **Total Long Term Liabilities** | 2,965,782.58 | 3,073,447.06 | 3,073,447.06 | 3,073,447.06 | 3,073,447.06 |
| | | | | | |
| **Total Liabilities** | 2,999,678.77 | 3,107,343.25 | 3,098,264.61 | 3,098,264.61 | 3,098,264.61 |
| | | | | | |
| **Equity** | | | | | |
| 36000 · Retained Earnings | (1,586,871.69) | (1,694,532.83) | (1,694,532.83) | (1,694,532.83) | (1,694,532.83) |
| Net Income | -7,477.86 | -7,477.86 | 11,433.36 | 1,419.05 | -27,639.11 |
| **Total Equity** | (1,594,349.55) | (1,702,010.69) | (1,683,099.47) | (1,693,113.78) | (1,722,171.94) |
| | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 1,405,329.22 | 1,405,332.56 | 1,415,165.14 | 1,405,150.83 | 1,376,092.67 |
| | | | | | |
| | 0.00 | 0.00 | -200.17 | 0.01 | 0.01 |

**Note: these balance sheets have been modified from the company's internally generated statements as follows:**

Original cost of properties owned has been obtained from the company's CPA

Accumulated depreciation is estimated based on the company's 2010 tax return updated with estimated annual depreciation expense through 12/31/12

**Note balances corrected to reflect actual note balances as of November 8, 2012**

**Retained earnings calculated as a plug figure to balance the accounts as of 11/8/12 taking into account the estimated net cost of properties**