IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE: )
)
LINDEMUTH, INC. ET AL., ) Case No. 12-23055
) Jointly Administered
Debtors. )

## STATUS REPORT UNDER LBR 3022.1(A)

COME NOW Lindemuth, Inc. ("Lindemuth"); K. Douglas, Inc. ("K. Douglas"); KDL, Inc. ("KDL"); Bellairre Shopping Center, Inc. ("Bellairre"); Lindy's Inc. ("Lindy's"); and Kent & Vikki Lindemuth ("K&VL"), as reorganized debtors, (collectively, "Debtors")[1] in the above captioned chapter 11 bankruptcy case, by and through undersigned counsel, and for their Status Report under LBR 3022.1(a), state and allege as follows:

1. On November 9, 2012, the Debtors filed voluntary petitions in this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. The Court entered its Confirmation Order (Doc. 652) on January 9, 2015, confirming the First Amended Plans of Reorganization ("Plan") dated March 14, 2014 (Doc. 443).

3. As contemplated by the Plan, Debtors are in the process of selling a significant amount of real estate. Debtors have began making payments and implementing other aspects of the Plan, but due to the large volume and complexity of the issues, Debtors respectfully request additional time to finish some property sales and related issues before seeking a final decree.

---

[1] By order entered December 6, 2012, the following cases are being jointly administered: Lindemuth, Inc. case no. 12-23055 (lead case); K. Douglas, Inc., case no. 12-23056; KDL, Inc., case no. 12-23057; Bellairre Shopping Center, Inc., case no. 12-23058; Lindy's Inc., case no. 12-23059; and Kent & Vikki Lindemuth as individuals, case no. 12-23060.

WHEREFORE, the Debtors hereby file their status report and show cause why a Final Decree cannot be entered, as required under LBR 3022.1(a).

Respectfully submitted,

LENTZ CLARK DEINES PA

s/ Jeffrey A. Deines
Jeffrey A. Deines, KS #20249
Shane J. McCall, KS #24564
9260 Glenwood
Overland Park, KS  66212
(913) 648-0600
(913) 648-0664 Telecopier
jdeines@lcdlaw.com
smccall@lcdlaw.com
Attorneys for Debtor-in-Possession

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2015, a true and correct copy of the above and foregoing Status Report was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

s/Jeffrey A. Deines
Jeffrey A. Deines