# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LINDEMUTH, INC., et al. ) | Case No. 12-23055 |
| ) | (Jointly Administered) |
| Debtors. ) | |

## APPLICATION FOR FINAL DECREE

COME NOW Lindemuth, Inc. ("Lindemuth"); K. Douglas, Inc. ("K. Douglas"); KDL, Inc. ("KDL"); Bellairre Shopping Center, Inc. ("Bellairre"); Lindy's Inc. ("Lindy's"); and Kent & Vikki Lindemuth ("K&VL"), as reorganized debtors, (collectively, "Reorganized Debtors") in the above captioned chapter 11 bankruptcy case, by and through undersigned counsel, and respectfully request, pursuant to Bankruptcy Rule 3022, that this Court enter a Final Decree for the Debtors in the jointly administered cases. For reasons in support hereof, Debtors state that the Plan has been substantially consummated as defined in 11 U.S.C. § 1101(2) and the estate has been fully administered. In further support hereof, Reorganized Debtors state as follows:

1. The Order of Confirmation was entered on January 9, 2015 (Doc. 652) confirming the First Amended Plans of Reorganization ("Plan") dated March 14, 2014 (Doc. 443).

2. The Reorganized Debtor under the Plan is operating the business and implementing the Plan. Payments under the Plan have commenced and property sales and secured lender pay-downs are ongoing. All motions and adversary proceedings in the case have been finally resolved. Final fee applications have been filed and approved for counsel and other professionals for the Debtor.

3. All reports as required by the United States Trustee have been filed or are in process. Debtors will work with the United States Trustee to gather, compile and transmit the remaining financial and disbursement information. All fees due under 28 U.S.C. § 1930 have

been paid or will be paid in the ordinary course when due.

4. The percentage to be paid to unsecured creditors under the confirmed plan is approximately 100% of Allowed Unsecured Claims.

5. With respect to individual Debtors Kent & Vikki Lindemuth, any Final Decree would be subject to reopening the case, and the Court would retain jurisdiction after entry of the Final Decree, to have the Court enter a discharge pursuant to § 1141(d)(5) after completion of Plan payments or as ordered by the Court.

**WHEREFORE,** Reorganized Debtor respectfully requests that the Court enter a Final Decree herein; that the Final Decree, with respect to individual Debtors Kent & Vikki Lindemuth be subject to reopening the case, and retention of jurisdiction, to have the Court enter a discharge; and for such other and further relief as is just and proper.

Respectfully submitted,

LENTZ CLARK DEINES PA

s/ Jeffrey A. Deines
Jeffrey A. Deines, KS # 20249
9260 Glenwood
Overland Park, KS 66212
(913) 648-0600
(913) 648-0664 Fax
jdeines@lcdlaw.com
*Attorneys for Debtors in Possession*

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2015, a copy of the foregoing Application for Final Decree was electronically transmitted to those parties designated with the Court to receive such notification via the CM/ECF system.

s/Jeffrey A. Deines
Jeffrey A. Deines